UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 1:06-cr-00042-ML-LDA |
| | : | |
| NEIL STIERHOFF | : | |
| | : | |

NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Stephanie S. Browne, Assistant U.S. Attorney, District of Rhode Island hereby files this Notice of Appearance on behalf of John N. Kane and Thomas G. Voracek, United States Department of Justice, Tax Division, in the above-referenced case. Mr. Kane and Mr. Voracek will represent the United States. Please address correspondence to Mr. Kane and Mr. Voracek at the following address:

John N. Kane
Thomas G. Voracek
U.S. Department of Justice
Tax Division
601 D Street, N.W., Room 7334
Washington, D.C. 20530
(202) 514-5150

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
Thomas G. Voracek
Trial Attorney
U.S. Dept. of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Government's Notice of Appearance of Counsel was mailed this 13th day of April 2006 to the following:

Neil Stierhoff
25 Hollywood Road
Providence, Rhode Island 02909

Thomas G. Voracek