AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

UNITED STATES
v.
NEIL STIERHOFF

APPEARANCE

CASE NUMBER: CR06-42ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for NEIL STIERHOFF

I certify that I am admitted to practice in this court.

5/9/06
*Date*

*Signature*

Scott A. Lutes
*Print Name*

3502
*Bar Number*

127 Dorrance St.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

861-1142
*Phone Number*

490-3207
*Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.