**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 06-042-ML |
| | : | |
| NEIL STIERHOFF | : | |

GOVERNMENT'S
MOTION FOR DATE CERTAIN

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Thomas G. Voracek, Trial Attorney, United States Department of Justice, and hereby moves that the Court set a date certain for the commencement of trial in this matter.

Pursuant to the Arraignment and Pretrial Discovery Order issued on May 9th, this case will be considered ready for trial on or after June 23, 2006, subject to the continuous trial calendar.

The government's case involves tax evasion charges for four years. The government intends to present approximately 35 witnesses at trial. At least ten of these witnesses are located in California, Florida, Arizona, Illinois, and Texas. In order for the orderly presentation of evidence such that the Court's time is used efficiently, a date certain for this trial is necessary.

The government would request that this matter be set to begin on July 28, 2006. In order to ensure the defendant's right to a speedy trial, the government has calculated the current last date for trial as July 30, 2006 (Sunday).

The government expects that its case-in-chief will take approximately four to five days to present. The government would also respectfully request that it be notified as soon as possible of the Court's decision on this motion so that the necessary arrangements for witness travel may be made without delay.

The government is mindful that the Court's calender is busy; however, it respectfully requests a specific trial date be set for this matter so that all necessary witnesses will be available for trial. Therefore, the government respectfully requests that this Court establish a date certain for the commencement of trial and suggests that the case begin on July 28, 2006.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

THOMAS G. VORACEK
Trial Attorney
U.S. Department of Justice

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 24th day of May, 2006, I mailed a true copy of the Government's Motion For a Date Certain, by federal express, to:

Scott A. Lutes, Attorney at Law
127 Dorrence Street
Providence, Rhode Island 02903

Thomas G. Voracek