RECEIVED

AO 442 (Rev. 5/93) Warrant for Arrest

MAR 23 2006

US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

NEIL STIERHOFF

**WARRANT FOR ARREST**

CASE NUMBER: CR06-42ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest NEIL STIERHOFF
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

TAX FRAUD

in violation of Title 26 United States Code, Section(s) 7201

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

March 23, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 3/24/06<br>DATE OF ARREST 5/5/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Charles Wyatt SDUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.