UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED JUN 05 2006 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

Vs. : Cr. No. 06-042ML

NEIL STIERHOFF :

**MOTION TO CERTIFY CASE AS COMPLEX LITIGATION AND TO EXCLUDE ADDITIONAL TIME FOR PRE-TRIAL PREPARATION PURSUANT TO 18 U.S.C. 3161(h)(8)(A) OF THE SPEEDY TRIAL ACT**

Now comes the defendant, Neil Stierhoff, by and through his attorney and hereby moves this Honorable Court pursuant to 18 U.S.C., Section 3161(h)(8)(A) to certify this matter as complex litigation and to exclude an additional 60 days time for pre-trial preparation and motions under the Speedy Trial Act.

In support of this motion, counsel avers that Neil Stierhoff is charged with 4 Counts of Tax Evasion The allegations contained in the Indictment stretch back as far as calendar year 2000. The government investigation of this matter includes approximately 9 full boxes of financial records allegedly retrieved by forensic examination of a computer hard drive allegedly belonging to Mr. Stierhoff, which has been summarized into 16 summary exhibits. Additionally, there are at least 5 Compact Disc audio recordings of which counsel is aware. The government's case is circumstantial and extremely difficult to unravel. The government has 3 attorneys assigned to this matter in addition to the services of the IRS case agent. Defense counsel is a solo practitioner.

Granted. Mary M. Lisi USDJ 6/5/06

Counsel requires significant time to sift through the numerous boxes of discovery in order to mount an effective defense.

Next, counsel is aware of a significant search issue which will require additional time to research in order to properly formulate a Motion to Suppress. As the Court is aware, counsel was on trial from empanelment on May 11, 2006 until verdict on May 26, 2006, thereby consuming much of the time excluded for the filing of pre-trial motions

Due to the novelty of the issues in this case and the volume of material which must be reviewed, counsel prays for this Court to certify this matter as complex litigation, and afford the defense an additional (60) days within which to meet the government's allegations.

Defense counsel has spoken with counsel for the government who has indicated he is in agreement with this matter being certified as complex and has no objection to exclusion of the 60 days.

In further support of this Motion, counsel relies upon the reasoning as set forth in the attached Memorandum of Law.

WHEREFORE, defendant, Neil Stierhoff, respectfully prays that his Motion be granted and this Court enter an Order certifying this matter as complex litigation thereby

affording the defense an additional 60 days of trial preparation.

**NEIL STIERHOFF,**

**By his attorney,**

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay occasioned by the making, hearing, or granting of this motion shall constitute in whole or in part, excludable time as defined by 18 U.S.C. § 3161(h).

**CERTIFICATION**

I hereby certify that I hand-delivered a true and accurate copy of the within Motion to Certify Case as Complex Litigation, to Thomas Voracek, AUSA, and Stephanie Browne, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903, on this the 5th day of June, 2006.