**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**

**Vs. : Cr. No. 06-042ML**

**NEIL STIERHOFF :**

**MOTION FOR FURTHER EXTENSION OF TIME**

**TO FILE PRE-TRIAL MOTIONS**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court for further extension of time in which to file Pre-Trial Motions.

On or about June 5, 2006, the Court granted Defendant's Motion to have this matter deemed complex litigation. Defendant requests an additional 60 days within which to file his Pre-Trial Motions. Counsel for the defendant has conferred with the attorney for the government who has indicated that he has no objection to this request.

**NEIL STIERHOFF,**

**By his attorney,**

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**Statement Pursuant to Local Rule 12 (f)**

Defendant avers that any delay occasioned by the making, hearing, or granting of this motion shall constitute in whole or in part, excludable time as defined by 18 U.S.C. § 3161(h).

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion for Extension to Thomas Voracek, AUSA and Stephanie Browne, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903, on this the 3rd day of August, 2006.