**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **Vs.** | **:** | **Cr. No. 06-042ML** |
| **NEIL STIERHOFF** | **:** | |

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court for a further extension of time of ten (10) days in which to file Pre-Trial Motions. Defendant seeks until October 16, 2006, to file said Motions.

Counsel for the defendant has conferred with the attorney for the government who has indicated that he has no objection to this request.

**NEIL STIERHOFF,**

**By his attorney,**

______________________________

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**Statement Pursuant to Local Rule 12 (f)**

Defendant avers that any delay occasioned by the making, hearing, or granting of this motion shall constitute in whole or in part, excludable time as defined by 18 U.S.C. § 3161(h).

__________________________

**CERTIFICATION**

I hereby certify that I caused to be sent by electronic communication via e-mail, a true and accurate copy of the within Motion for Extension to Thomas Voracek, AUSA and Stephanie Browne, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903, on this the ___ day of September, 2006.

__________________________