Case 1:06-cr-00042-ML-LDA Document 21 Filed 10/11/2006 Page 1 of 2

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| Vs. | : | **Cr. No. 06-042ML** |
| **NEIL STIERHOFF** | : | |

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court for a further extension of time of ten (10) days in which to file Pre-Trial Motions. Defendant seeks until October 26, 2006, to file said Motions. This Motion is based upon the fact that counsel has been out of the office with bronchitis for the past week and a half and has been unable to complete the necessary motions to adequately defend his client.

Counsel for the defendant has conferred with the attorney for the government who has indicated that he has no objection to this request.

**WHEREFORE,** counsel respectfully prays that his motion for Further Extension of Time be GRANTED.

**NEIL STIERHOFF,**
**By his attorney,**

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**GRANTED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 10/12/06

**Statement Pursuant to Local Rule 12 (f)**

Defendant avers that any delay occasioned by the making, hearing, or granting of this motion shall constitute in whole or in part, excludable time as defined by 18 U.S.C. § 3161(h).

**CERTIFICATION**

I hereby certify that I caused to be sent by ECF filing, a true and accurate copy of the within Motion for Extension to Thomas Voracek, AUSA and Stephanie Browne, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903, on this the 11 day of October, 2006.