**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs** | : | **Cr. No. 06-042ML** |
| | : | |
| **NEIL STIERHOFF** | : | |

Now comes the attorney for the defendant in the above-entitled case and hereby moves this Honorable Court to enter an Order directing all Government agents affiliated with this case to preserve any and all rough notes, investigative notes and writings pertaining to the investigation and prosecution of this case and with respect to all witnesses. In further support of this Motion, counsel contends that these notes and writings could fall within the ambit of the *Jencks* Act, so called, 18 U.S.C. §3500, and may constitute exculpatory evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963).

In further support of this Motion counsel relies upon the reasoning as set forth in the attached Memorandum of Law.

WHEREFORE, defendant respectfully prays that his Motion to Preserve Rough Notes and Writings be granted.

NEIL STIERHOFF,
By his attorney,

**Scott A. Lutes, #3502**
127 Dorrance Street, 2nd floor
Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 490-3207

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay occasioned by the making, hearing or granting of this motion will constitute in whole or in part excludable time as defined by 18 U.S.C. § 3161(h).

____________________________________

**CERTIFICATION**

I hereby certify that I caused to be served by CM/ECF, a true and accurate copy of the within Motion to Preserve Rough Notes and Writings, to Stephanie Browne, AUSA at stephanie.browne@usdoj.gov Thomas G. Voracek, AUSA at thomas.g.voracek@usdoj.gov and by U.S. Mail, postage prepaid to John N. Kane, AUSA, U.S. Department of Justice, Tax Division, 601 D Street, N.W., Room 7334, Washington, D.C. 20530 the ___ day of October, 2006.

____________________________________