**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs** | : | **Cr. No. 06-042ML** |
| | : | |
| **NEIL STIERHOFF** | : | |

The defense has moved for this Court to enter an Order directing all Government agents affiliated with this case to preserve any and all rough notes, investigative notes and writings pertaining to the investigation and prosecution of this case and with respect to all witnesses.

The purpose of this motion is to prevent the destruction of potentially relevant or potentially exculpatory information which is contained within investigative notes. Investigative notes and writings provide the most contemporaneous factual statements available regarding events that are crucial to the allegations in this case. The notes of government agents, state police detectives, etc., are likely to reflect memory lapses and inconsistencies between witness statements which have been or were otherwise refreshed during the agents' interviews, as well as inaccuracies in translations.

In further support of this Motion, counsel contends that these notes and writings may fall within the ambit of the *Jencks* Act, so called, 18 U.S.C. §3500, and may constitute exculpatory evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), but without an Order preserving them, counsel will never know.

WHEREFORE, defendant respectfully prays that his Motion to Preserve Rough Notes and Writings be granted.

NEIL STIERHOFF,
By his attorney,

**Scott A. Lutes, #3502**
127 Dorrance Street, 2nd floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

## CERTIFICATION

I hereby certify that I caused to be sent via CM/ECF notification a copy of the within Memorandum is Support of Motion to Preserve Rough Notes and Writings, to Stephanie S. Browne, AUSA, stephanie.browne@usdoj.gov and Thomas G. Voracek, AUSA at thomas.g.voracek@usdoj.gov and by U.S. Mail, postage prepaid to John N. Kane, AUSA, U.S. Department of Justice, Tax Division, 601 D Street, N.W., Room 7334, Washington, D.C. 20530 on this the ___ day of October, 2006.

_______________________________