**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **vs** | **:** | **Cr. No. 06-042ML** |
| **NEIL STIERHOFF** | **:** | |

Now comes the attorney for the defendant, pursuant to the Fifth, Sixth and Fourteenth Amendments to the United States Constitution, Federal Rule of Criminal Procedure 12 (d) and Federal Rule of Evidence 404 (b), and hereby moves this Honorable Court to enter an Order directing the Government to supply notice of its intent to introduce, either in its direct case, during cross examination of the defendant, or in its rebuttal case, evidence of other crimes, wrongs, prior bad acts, or specific instances of misconduct allegedly committed by the defendant. Defendant makes this motion to prevent unfair surprise or prejudice at the time of trial and to permit the filing of appropriate Motions in Limine regarding this evidence.

WHEREFORE, defendant respectfully prays that his Motion for Disclosure of Evidence of Other Crimes, Wrongs, Acts or Specific Instances of Prior Misconduct be granted.

NEIL STIERHOFF,
By his attorney,

______________________________

**Scott A. Lutes, #3502**
127 Dorrance Street, 2nd floor
Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 490-3207

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay occasioned by the making, hearing or granting of this motion will constitute in whole or in part excludable time as defined by 18 U.S.C. § 3161(h).

______________________________

**CERTIFICATION**

I hereby certify that I caused to be served by CM/ECF a copy of the within Motion for Disclosure of Evidence of Other Crimes, Wrongs, etc., to Stephanie Browne, AUSA at stephanie.browne@usdoj.gov and Thomas G. Voracek, AUSA at thomas.g.voracek@usdoj.gov and by U.S. Mail, postage prepaid to John N. Kane, AUSA, U.S. Department of Justice, Tax Division, 601 D Street, N.W., Room 7334, Washington, D.C. on this the ___ day of October, 2006.

______________________________