**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**

**Vs. : Cr. No. 06-0042ML**

**NEIL STIERHOFF :**

Now comes the defendant in the above-entitled matter and hereby moves this Honorable Court to Suppress the alleged oral statements of the defendant. In support of this Motion your defendant avers that said statements were taken in violation of the United States Constitution, Amendments, IV,V,VI and XIV, *Miranda v. Arizona, 384 U.S. 436 (1966); Rhode Island v. Innis, 446 U.S. 291 (1980)* and the case law pertaining thereto.

In further support of this Motion, your defendant relies upon the reasoning as set forth in the attached Memorandum of Law.

Wherefore, your defendant prays that this Court will grant his Motion to Suppress Statements.

**Neil Stierhoff,**
**By his attorney,**

______________________________

**Scott A. Lutes, R.I. Bar #3502**
**127 Dorrance Street, 2nd Floor**
**Providence, RI 02903**
**Telephone: (401) 861-1142**
**Facsimile: (401) 490-3207**

**CERTIFICATION**

I hereby certify that I electronically filed, with the Clerk of the Court using the CM/ECF system, a true and accurate copy of the within Motion to Suppress, which will in turn send notification of said filing to Stephanie S. Browne, AUSA, Stephanie.browne@usdoj.gov, Thomas G. Voracek, thomas.g.voracek@usdoj.gov, and by regular mail, postage prepaid to John N. Kane, AUSA, U.S. Department of Justice,Tax Division, 601D Street, N.W., Washington, D.C. 20530, on this the ___ day of October, 2006.

______________________________