**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**
**vs : Cr. No. 06-042ML**
**NEIL STIERHOFF :**

Now comes the defendant in the above-entitled matter and hereby moves for the production of Jencks Act (18 U.S.C. § 3500) material at least THIRTY (30) days prior to trial. While the Defendant admits that the Government has all ready voluntarily complied with some, if not all information sought, Defendant seeks a Court Order of Production to avoid surprise and delay.

In support of this Motion defendant relies upon the reasoning as stated in the attached Memorandum.

WHEREFORE, in order to avoid surprise and long delays in the trial and to safeguard the constitutional and statutory rights of the defendant, this Court should order the Government to disclose Jencks Act material THIRTY (30) days prior to trial.

NEIL STIERHOFF,
By his attorney,

**Scott A. Lutes, #3502**
127 Dorrance Street, 2nd floor
Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that I caused to be sent via CM/ECF a copy of the within Motion For Production of Jencks Act Material Before Trial, to Stephanie Browne, stephanie.browne@usdoj.gov, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, Thomas G. Voracek, Esquire, Thomas.g.voracek@usdoj.gov. and via U.S. Mail, postage prepaid to Thomas N. Kane, Esquire, U.S. Department of Justice, Tax Division, 601 D Street, N.W., Room 7334, Washington, D.C. 20530, on this the ___ day of October, 2006.

______________________________