**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**
**Vs. : Cr. No. 06-0042ML**
**NEIL STIERHOFF :**

Now comes the defendant in the above-entitled matter and hereby moves this Honorable Court to Suppress all evidence seized pursuant to a purported consent search on or about April 12-13, 2002.

In support of this Motion your defendant avers that said search was conducted without valid consent, was the subject of coercion, was obtained in violation of applicable law and that said search exceeded the scope of the consent purportedly given. Finally, Defendant contends that the search for evidence related to the State misdemeanor stalking charge was a pretext to search for financial documents for a federal tax investigation.

Additionally, the fruits of the alleged consent search were used by the Government as a basis of probable cause in its application for a court authorized search warrant. Defendant submits that as this evidence constitutes "fruit of the poisonous tree", *See, Mapp v. Ohio, 367 U.S. 643 (1961); Wong Sun v. U.S., 371 U.S. 471 (1963),* the results of the search warrant should likewise be excluded.

In further support of this Motion, your defendant relies upon the reasoning as set forth in the attached Memorandum of Law.

Wherefore, your defendant prays that this Court will grant his Motion to Suppress Evidence.

**Neil Stierhoff,**
**By his attorney,**

_______________________________

**Scott A. Lutes, R.I. Bar #3502**
**127 Dorrance Street, 2nd Floor**
**Providence, RI 02903**
**Telephone: (401) 861-1142**
**Facsimile: (401) 490-3207**

## CERTIFICATION

I hereby certify that I caused to be served, by electronic communication, CM/ECF, a true and accurate copy of the within Motion to Suppress to Stephanie S. Browne, AUSA, stephanie.browne@usdoj.gov, Thomas G. Voracek, thomas.g.voracek@usdoj.gov, and by regular mail, postage prepaid to John N. Kane, AUSA, U.S. Department of Justice,Tax Division, 601D Street, N.W., Washington, D.C. 20530, on this the ___ day of October, 2006.

______________________________