EXHIBIT A

# CONSENT TO SEARCH
## PERMISO PARA REGISTRAR

Hour (Hora):
Date (Fecha):
Place (Lugar):

I. Neil Stierhoff, having been informed of my right not to have
(Yo..............................despues de haber sido informado de mi derecho a no permitir)

a search made of the premises and/or vehicle described below without a search warrant
(el registro del local y/o vehiculo que se describen mas abajo sin una orden de registro,)

and my right to refuse to consent to such a search, do authorize Det Palmersanzi
(y mi derecho a negarme a permitir tal registro, autorizo a ..........................................)

of the RI State Police Police Department to conduct a complete of my
(del ................................................ Deparmento de Policia a llevar a cabo un registro completo de mi)

premises and/or vehicle described as
25 Hollywood Rd. Prov RI 2nd Fl. Rm. Vec YX600
local y/o vehiculo de descripcion.......................................................................)

I give my consent to this search knowing that if any incriminating evidence is found it can be used against me in Court.
(Yo doy mi permiso a este registro sabiendo que en caso de encontrar cualquier evidencia incriminatoria, esta puede usarse en mi contra en un Tribunal.)

The police officer(s) named above has my permission t take any letters,papers, or other property from my premises and/or vehicle.
(El policia(s) mencionado anteriormente tiene mi permiso para llevarse cualquieras cartas, documentos u otras propiedades de mi local y/o vehiculo.)

I give this written permission to the police officer(s) named voluntarily and without threats or promises of any kind.
(Yo doy este permiso por escrito al policia(s) mencionado anteriormente de propia voluntad y sin amenzas o promesas de ninguna clase.)

Neil Stierhoff 4-12-0
Signature
(firma)

Witnesses: [signature] 207
(Testigos) [signature]