EXHIBIT C

# RIGHTS

TIME: 4/13/02
DATE: 2:00 AM
OFFICE OF: SPWW
STATEMENT TAKEN BY: Det. Tim Sanzo

I, , having been informed that I am a suspect in the crime of , voluntarily, without threats or promises on the part of the police, make the following statement to members of the Rhode Island State Police after having been advised that:

1. I do not have to give a statement.

2. I have the right to remain silent.

3. Anything I say can and will be used against me in a court of law.

4. I have the right to the presence of an attorney prior to and during any questioning by the police.

5. I have the right to the presence of an attorney during a lineup or confrontation of witnesses, if any line-up or such confrontation take place.

6. If I cannot afford an attorney, one will be appointed for me prior to any questioning, if I so desire.

I further admit and agree that:

7. After having been informed of my constitutional rights, I do understand these rights, and I agree to give a statement at this time.

8. I do not want an attorney called or appointed for me at this time.

WITNES(ES): [signature]

[signature]