**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **vs** | **:** | **Cr. No. 06-042ML** |
| **NEIL STIERHOFF** | **:** | |

**MOTION FOR PRODUCTION OF JENCKS ACT MATERIAL BEFORE TRIAL**

Now comes the defendant in the above-entitled matter and hereby moves for the production of Jencks Act (18 U.S.C. § 3500) material at least THIRTY (30) days prior to trial. While the Defendant admits that the Government has all ready voluntarily complied with some, if not all information sought, Defendant seeks a Court Order of Production to avoid surprise and delay.

In support of this Motion defendant relies upon the reasoning as stated in the attached Memorandum.

WHEREFORE, in order to avoid surprise and long delays in the trial and to safeguard the constitutional and statutory rights of the defendant, this Court should order the Government to disclose Jencks Act material THIRTY (30) days prior to trial.

NEIL STIERHOFF,
By his attorney,

/s/Scott A. Lutes
**Scott A. Lutes, #3502**
127 Dorrance Street, 2nd floor
Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that I caused to be sent via CM/ECF a copy of the within Motion For Production of Jencks Act Material Before Trial, to Stephanie Browne, stephanie.browne@usdoj.gov, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, Thomas G. Voracek, Esquire, Thomas.g.voracek@usdoj.gov. and via U.S. Mail, postage prepaid to Thomas N. Kane, Esquire, U.S. Department of Justice, Tax Division, 601 D Street, N.W., Room 7334, Washington, D.C. 20530, on this the ___ day of October, 2006.

/s/Scott A. Lutes

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **vs** | **:** | **Cr. No. 06-042ML** |
| **NEIL STIERHOFF** | **:** | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRODUCTION OF JENCKS ACT MATERIAL BEFORE TRIAL**

The defendant has moved for the production of Jencks Act (18 U.S.C. § 3500) material at least THIRTY (30) days prior to trial. While the Government has apparently all ready supplied some Jencks Act material upon a voluntary basis, this Motion seeks an Order of Production for all qualifying material.

While a strict reading of the statute reveals that production under the Act is not mandated until after the witness has testified, a better, more modern practice, is for the Court to compel production in advance of trial in order to assure the speedy administration of justice, avoid unnecessary delay and surprise. Particularly in complex or lengthy trials, production of Jencks Act material is preferable than granting defense requests for continuance after the witness has testified as is allowed in 18 U.S.C. § 3500 (c):

> Whenever any statement is delivered to a defendant pursuant to this section, the court in its discretion, upon application of said defendant, may recess proceedings

in the trial for such time as it may determine to be reasonably required for the examination of such statement by said defendant and his preparation for its use in the trial.

To avoid long delays in the trial and to safeguard the constitutional and statutory rights of the defendant, this Court should order the Government to disclose Jencks Act material THIRTY (30) days prior to trial.

NEIL STIERHOFF,

By his attorney,

/s/Scott A. Lutes

**Scott A. Lutes, #3502**
127 Dorrance Street, 2nd floor
Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 490-3207

## CERTIFICATION

I hereby certify that I caused to be sent via CM/ECF a copy of the within Memorandum in Support of Motion For Production of Jencks Act Material Before Trial, to Stephanie Browne, stephanie.browne@usdoj.gov, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, Thomas G. Voracek, Esquire, Thomas.g.voracek@usdoj.gov. and via U.S. Mail, postage prepaid to Thomas N. Kane, Esquire, U.S. Department of Justice, Tax Division, 601 D

Street, N.W., Room 7334, Washington, D.C. 20530, on this the ___ day of October, 2006.

/s/Scott A. Lutes