IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-042ML |
| | ) | |
| NEIL STIERHOFF | ) | |

MOTION FOR ENLARGEMENT OF TIME,
AND FOR A TELEPHONIC SCHEDULING CONFERENCE

Now comes the United States of America, by its Attorneys, Robert Clark Corrente, United States Attorney, Thomas Voracek and John Kane, Trial Attorneys with the Department of Justice, and hereby moves for an enlargement of time to and including November 20, 2006, in which to respond to the defendant's seven pretrial motions, and further moves for a telephonic scheduling conference to discuss the dates for a motions hearing and trial. Counsel for the United States has spoken to defense counsel who does not oppose this request for an enlargement, and concurs with the request for a scheduling conference.

We represent that there is good cause for this request for an enlargement. The defense has filed a total of seven pretrial motions, two of which involve substantive suppression motions concerning statements made to law enforcement officials during a state investigation of the defendant, as well as tangible evidence seized from defendant's premises during that investigation. Additional time is needed to respond to these motions, to interview the law enforcement officials involved with the relevant

searches and seizures, and to determine their schedule for purposes of any testimony sought by the Court at the motions hearing. In addition, Counsel for the United States have prescheduled obligations on other matters in the next two weeks, including: (1) a grand jury appearance on November 9, 2006 for which time has been scheduled, and witnesses already subpoenaed; (2) a grand jury appearance on November 16, 2006, for which time has been scheduled, and witnesses already subpoenaed; and (3) an out-of-state conference with law enforcement agents on November 2-3, 2006.

Accordingly, we respectfully request the additional time in order to prepare the government's responses to the defendants motions, to and including November 20, 2006.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

By: /s/Thomas G. Voracek
THOMAS G. VORACEK

/s/John N. Kane
JOHN N. KANE
Trial Attorneys
U.S. Department of Justice
Tax Division
Tel: (202) 514-5150
Fax: (202) 514-8455

Date: October 31, 2006

CERTIFICATE OF SERVICE

I hereby certify that I caused to be sent via CM/ECF, and via mail, a copy of the within Motion for Enlargement of Time, and for a Telephonic Scheduling Conference, to Scott Lutes, 127 Dorrance Street, 2nd Floor, Providence, RI, 02903, on this 31st day of October, 2006, :

/s/Thomas G. Voracek
THOMAS G. VORACEK