**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-042-ML** |
| | : | |
| **NEIL STIERHOFF** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PRODUCTION OF JENCKS ACT MATERIAL BEFORE TRIAL**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and John N. Kane and Thomas G. Voracek, Trial Attorneys, United States Department of Justice, respectfully responds to the Defendant's Motion for Jencks Act Material before Trial.

The government has produced Jencks Act material to the defendant by mailing dated September 21, 2006. The government attaches a Memorandum of Law on this subject.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

By: /s/Thomas G. Voracek
THOMAS G. VORACEK

/s/John N. Kane
JOHN N. KANE
Trial Attorneys
U.S. Department of Justice
Tax Division
Tel: (202) 514-5150
Fax: (202) 514-8455

Date: November 20, 2006

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed, with the Clerk of Court using the CM/ECF system, a true and accurate copy of the within Government's Response to Defendant's Motion for Jencks Act Material before Trial, which will in turn send notification to Scott A. Lutes, Attorney at Law, scottluteslaw@yahoo.com, and by regular mail, postage prepaid to Scott A. Lutes, Attorney at Law, 127 Dorrence Street, Providence, Rhode Island 02903, on this the 20th day of November, 2006.

/s/Thomas G. Voracek
THOMAS G. VORACEK

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-0042ML** |
| | : | |
| **NEIL STIERHOFF** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PRODUCTION OF JENCKS ACT MATERIAL BEFORE TRIAL**

The United States of America, by and through its undersigned attorneys, respectfully submits this Memorandum of Law in Support of Government's Response to Defendant's Motion for Jencks Act Material before Trial.

The relevant statute is plain and unambiguous: the government need not produce prior statements of witnesses until the witness has taken the stand and has been tendered to the defendant. As 18 U.S.C. § 3500 (a) reads, in relevant part: "[N]o statement or report in the possession of the United States which was made by a Government witness or prospective Government witness (other than the defendant) shall be the subject of subpoena, discovery, or inspection until said witness has testified on direct examination in the trial of the case."

In addition, the prior witness statements subject to production must relate to the subject matter of the witness' testimony. 18 U.S.C. 3500 (b); United States v. Schneiderhan, 404 F.3d 73, 79 (1st Cir. 2005), cert. denied, 126 S.Ct. 381 (2005).

As the defendant notes in its motion, the government has already produced all Jencks Act material that it is aware of in its possession. The government produced this material on September 21, 2006. The government is also cognizant of its continuing duty to turn over Jencks Act materials should such materials become known to the government.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

By: /s/Thomas G. Voracek
THOMAS G. VORACEK

/s/John N. Kane
JOHN N. KANE
Trial Attorneys
U.S. Department of Justice
Tax Division
Tel: (202) 514-5150
Fax: (202) 514-8455

Date: November 20, 2006

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed, with the Clerk of Court using the CM/ECF system, a true and accurate copy of the within Memorandum of Law in Support of Government's Response to Defendant's Motion for Production of Jencks Act Material before Trial, which will in turn send notification to Scott A. Lutes, Attorney at Law, scottluteslaw@yahoo.com, and by regular mail, postage prepaid to Scott A. Lutes, Attorney at Law, 127 Dorrence Street, Providence, Rhode Island 02903, on this the 20th day of November, 2006.

/s/Thomas G. Voracek
THOMAS G. VORACEK