**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-0042ML** |
| | : | |
| **NEIL STIERHOFF** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE OF EVIDENCE OF OTHER CRIMES, WRONGS, ACTS OR SPECIFIC INSTANCES OF MISCONDUCT**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and John N. Kane and Thomas G. Voracek, Trial Attorneys, United States Department of Justice, and hereby responds to defendant's motion for an order directing the Government to disclose evidence of other crimes, wrongs, acts or specific instances of misconduct by defendant.

The government does not oppose defendant's motion to the extent it seeks disclosure consistent with Federal Rule of Evidence 404(b). In further support of its position, the government attaches a Memorandum of Law.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

By: /s/Thomas G. Voracek
THOMAS G. VORACEK

/s/John N. Kane
JOHN N. KANE
Trial Attorneys
U.S. Department of Justice
Tax Division
Tel: (202) 514-5150
Fax: (202) 514-8455

Date: November 20, 2006

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed, with the Clerk of Court using the CM/ECF system, a true and accurate copy of the within Government's Response to Defendant's Motion for Disclosure of Evidence of other Crimes, Wrongs, and Acts or Specific Instances of Misconduct, which will in turn send notification to Scott A. Lutes, Attorney at Law, scottluteslaw@yahoo.com, and by regular mail, postage prepaid to Scott A. Lutes, Attorney at Law, 127 Dorrence Street, Providence, Rhode Island 02903, on this the 20th day of November, 2006.

/s/Thomas G. Voracek
THOMAS G. VORACEK

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-0042ML** |
| | : | |
| **NEIL STIERHOFF** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE OF EVIDENCE OF OTHER CRIMES, WRONGS, ACTS OR SPECIFIC INSTANCES OF MISCONDUCT**

The United States of America, by and through its undesigned attorneys, respectfully submits this Memorandum of Law in Support of Government's Response to Defendant's Motion for Disclosure of Evidence of other Crimes, Wrongs, Acts, or Specific Instances of Misconduct.

The government does not oppose defendant's motion to the extent it seeks disclosure consistent with Federal Rule of Evidence 404(b). See Fed. R. Evid. 404(b). In fact, the government has already provided such disclosure. In its discovery letter of May 8, 2006, the government provided notification that it intends to introduce evidence relating to defendant's failure to file his 1997, 1998 and 2003 federal individual income tax returns, as well as his 1997-2003 Rhode Island income tax returns. Moreover, the government also

provides notice that it intends to introduce evidence that the defendant never filed a federal tax return. In addition, the government reserves its right to produce evidence relating to the defendant's arrest of April 2002 (i.e., stalking charges) if the defendant testifies or otherwise opens the door to such issues.

The government intends to reaffirm and identify, in its Pretrial Memorandum, Rule 404(b) evidence that it intends to use at trial.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

By: /s/Thomas G. Voracek
THOMAS G. VORACEK

/s/John N. Kane
JOHN N. KANE
Trial Attorneys
U.S. Department of Justice
Tax Division
Tel: (202) 514-5150
Fax: (202) 514-8455

Date: November 20, 2006

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed, with the Clerk of Court using the CM/ECF system, a true and accurate copy of the within Memorandum of Law in Support of Government's Response to Defendant's Motion for Disclosure of Evidence of other Crimes, Wrongs, Acts, or Specific Instances of Misconduct, which will in turn send notification to Scott A. Lutes, Attorney at Law, scottluteslaw@yahoo.com, and by regular mail, postage prepaid to Scott A. Lutes, Attorney at Law, 127 Dorrence Street, Providence, Rhode Island 02903, on this the 20th day of November, 2006.

/s/Thomas G. Voracek
THOMAS G. VORACEK