went back in, pulled into the Wallgreens, parked, exited his vehicle, and went into the Wallgreens.

TROVATO: And what happened next?

SANZI: I went to the Wallgreens with a couple of detectives and I arrested Mr. Stierhoff.

TROVATO: Now once you arrested Mr. Stierhoff what course of action did you take?

SANZI: I advised him of his Miranda rights and placed him into a state police vehicle. We had a marked state police vehicle there as well.

TROVATO: When you say you advised him of his Miranda rights was this something that you recited from memory?

SANZI: No I keep it on a card.

TROVATO: Do you have that card with you today?

SANZI: I do.

TROVATO: May I see your card please? May I approach Judge?

JUDGE: Yes.

TROVATO: Judge I'm going to ask that this be marked as State's 6 (UNINTELLIGIBLE) for identification. I'm going to ask (UNINTELLIGIBLE) to make a copy of that and return the original copy.

CERISE: And I have no objection to that.

JUDGE: State uh 7 Full?

TROVATO: Judge can we just read that for the record so we don't need to make a copy of it?

JUDGE: Sure, your pleasure, whatever your pleasure is.

**Attachment K**

SANZI: Do I just read it?

TROVATO: Are these are the rights that you read to this this defendant?

SANZI: They are.

TROVATO: Would you please (UNINTELLIGIBLE) (UNINTELLIGIBLE).

SANZI: "You have the right to remain silent, you do not have to give a statement or answer any questions, if you give up the right to remain silent anything you say can and will be used against you in a court of law, you have the right to the presence of a lawyer and to talk to a lawyer before and during any questioning, if you cannot afford a lawyer and you want one a lawyer will be appointed for you at no cost to you before any questioning, if you do talk to the police you can stop at any time, these are your constitutional rights. Do you understand them?"

TROVATO: After you read – after you read this defendant the constitutional rights that you just put on record what did you then do?

SANZI: I placed him in the state police vehicle.

TROVATO: And once he was placed in the car what happens next?

SANZI: I asked him for identification, retrieved his identification from his wallet.

TROVATO: And what did you learn from that point?

SANZI: He had a –an identification of New York drivers license that identified him as a Neil Stierhoff of the address I had already known. The picture was slightly different uh the individual on it I believe was much heavier looking, it did look like him but it was different.

TROVATO: Then what happened?

SANZI: Correct, well he was walking to the store door as we were coming into the parking lot behind his vehicle.

CERISE: Were there other officers in the parking lot at that time?

SANZI: I believe there was an officer in the store as well.

CERISE: OK.

SANZI: Prior to the victims' arrival.

CERISE: OK its fair to say that Mr. Stierhoff didn't approach Ms. Labossiere during that period of time that he walked in the store is that correct?

SANZI: Not that I saw.

CERISE: How many police officers actually took physical custody of Mr. Stierhoff in the Wallgreens?

SANZI: It was my self and I believe detective Debow.

CERISE: Were there any other officers around you at this time?

SANZI: Yes.

CERISE: How many?

SANZI: A couple.

CERISE: So there were four of you at least around Mr. Stierhoff.

SANZI: Approximately yes.

CERISE: Um now he testified that he was Mirandized.

SANZI: Yes.

CERISE: Was he Mirandized back in the store or back in the police car?

SANZI: I believe in the police car.