D:\MyFiles\Offshore

Folders

- MyFiles
  - AudioVideo Setup
  - Backups
  - CCWin10
  - Creative Writing
  - Database
  - Ebay
  - Eudora Mail
  - Fitness and Health
  - Important Docs
  - Import-Export
  - Labels
  - Local Real Estate
  - Music
  - My Pictures
  - My Webs
  - MyGraphics
  - OCR
  - Offshore
  - Orders
  - Outlook Express
  - Password
  - Search Programs
  - Security
  - Spreadsheet
  - System Tools
  - Tips and Help
  - Winfax
  - WPBackups
  - WPMacros
  - WPTemplates
  - WWWINFO
- Primary User

| Name | Size | Type | Date Modified | Date Accessed |
|---|---|---|---|---|
| Articles and News | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Banking | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Belize | | File Folder | 3/19/2002 12:03 AM | 11/8/2006 9:57 AM |
| Broadside Newsletter | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Citizenship | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Conspiracy | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Contacts and Suppliers | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Costa Rica | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Cuba | | File Folder | 3/19/2002 11:00 AM | 11/8/2006 9:57 AM |
| Delaware | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Dominican Republic | | File Folder | 1/24/2002 7:25 PM | 11/8/2006 9:57 AM |
| Eastern Trade LLC | | File Folder | 2/26/2002 3:18 PM | 11/8/2006 9:57 AM |
| Escape | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Europe | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Grenada | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Havens | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| IntLiving Newsletter | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Legal Information | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Mexico | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Money | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Money Laundering | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| My Strategy | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Nevada | | File Folder | 3/30/2002 3:17 PM | 11/8/2006 9:57 AM |
| News | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Other Countries | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Other Resources | | File Folder | 1/10/2002 1:10 PM | 11/8/2006 9:57 AM |
| Panama | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Passports & ID's | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Passthrough | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Privacy | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Real Estate | | File Folder | 12/24/2001 11:35 AM | 11/8/2006 9:57 AM |
| Sovereign Society | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Switzerland | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Taxes | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Travel | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| Trusts | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |
| US Law | | File Folder | 12/16/2001 11:44 PM | 11/8/2006 9:57 AM |

Attachment G