**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **vs** | **:** | **Cr. No. 06-042ML** |
| **NEIL STIERHOFF** | **:** | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court for leave to withdraw his appearance as counsel based upon an irremediable breakdown of the attorney-client relationship which has resulted in counsel's inability to render effective legal representation.

In support of this Motion counsel avers that effective representation of this defendant has been rendered impossible due to the defendant engaging in a course of conduct contrary to counsel's opinion of what is in his best legal interest. Specifically, defendant has failed to show up for two scheduled appointments; has been consulting with other attorneys for legal representation, has filed a pro se motion to represent himself without informing counsel of this decision or even sending counsel a copy of it; persists in a desire to file motions on his behalf which counsel does not believe are well taken legally; and has

generally prohibited counsel from being adequately prepared to defend him in the motion hearing scheduled in a few days.

WHEREFORE, in light of the foregoing, and based upon counsel's ethical concerns, counsel hereby requests permission to withdraw as attorney for Mr. Stierhoff.

Respectfully submitted,

/s/ Scott A. Lutes

______________________________

**Scott A. Lutes, #3502**

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone : (401) 861-1142

Facsimile: (401) 861-1141

Email: scottluteslaw@yahoo.com

## CERTIFICATION

I hereby certify that I caused to be sent via CM/ECF a copy of the within Motion to Withdraw, to Stephanie Browne, stephanie.browne@usdoj.gov, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, Thomas G. Voracek, Esquire, Thomas.g.voracek@usdoj.gov. and via U.S. Mail, postage prepaid to Thomas N.

Kane, Esquire, U.S. Department of Justice, Tax Division, 601 D Street, N.W., Room 7334, Washington, D.C. 20530 and Neil Stierhoff, 25 Hollywood Road, Providence, RI 02909, on this the ___ day of December, 2006.

___________________________________