**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **vs** | **:** | **Cr. No. 06-042ML** |
| **NEIL STIERHOFF** | **:** | |

**MOTION TO POSTPONE EMPANELMENT**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court to postpone the empanelment scheduled for January 4, 2007.

In support of this Motion counsel avers that he is undergoing surgery on December 19, 2006, and is under a doctor's order to remain out of work for two weeks thereafter. Counsel will submit a doctor's note to that effect under seal. Based upon this reason, counsel will be physically unable to prepare this case for trial in the crucial two week period prior to empanelment.

WHEREFORE, in light of the foregoing, counsel prays for the empanelment to be re-scheduled to the following month's calendar.

Respectfully submitted,

/s/ Scott A. Lutes

**Scott A. Lutes, #3502**
One Turks Head Place, Suite 1440
Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 861-1141
Email: scottluteslaw@yahoo.com

**CERTIFICATION**

I hereby certify that I caused to be sent via CM/ECF a copy of the within Motion to Postpone Empanelment, to Stephanie Browne, stephanie.browne@usdoj.gov, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, Thomas G. Voracek, Esquire, Thomas.g.voracek@usdoj.gov. and via U.S. Mail, postage prepaid to Thomas N. Kane, Esquire, U.S. Department of Justice, Tax Division, 601 D Street, N.W., Room 7334, Washington, D.C. 20530 and Neil Stierhoff, 25 Hollywood Road, Providence, RI 02909, on this the 11th day of December, 2006.

______________________________