**CERTIFICATION**

I hereby certify that I caused to be sent via CM/ECF a copy of the within Motion to Postpone Empanelment, to Stephanie Browne, stephanie.browne@usdoj.gov, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, Thomas G. Voracek, Esquire, Thomas.g.voracek@usdoj.gov. and via U.S. Mail, postage prepaid to Thomas N. Kane, Esquire, U.S. Department of Justice, Tax Division, 601 D Street, N.W., Room 7334, Washington, D.C. 20530 and Neil Stierhoff, 25 Hollywood Road, Providence, RI 02909, on this the 11th day of December, 2006.

/s/ Scott A. Lutes