AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA

V.

NEIL STIERHOFF

EXHIBIT AND WITNESS LIST

Case Number: CR 06-042 ML

Govt A

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| MARY H. LISI | T. VORACEK, V. KANE | SCOTT A. LUTES |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| * 12.12.06 + 12.13.06 | KAREN WISCHNOWSKY | JOHN DUHAMEL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| Govt n/a → | | | | | W-1 Timothy Sanzi - Detective |
| A-1 | | 12.12.06 | | ✓ | National Comprehensive Report |
| A-5 | | " | | ✓ | Bald Hill Dodge fax dated 4.4.02 |
| A-2 | | " | | ✓ | E. Prov. police Dept. information 4.4.02 |
| A-7 | | " | | ✓ | Shelby Storage information |
| A-3 | | " | | ✓ | N.Y. State Police information 4.4.02 |
| A-4 | | " | | ✓ | USMS information 4.4.02 |
| A-6 | | " | | ✓ | poetry.com information 4.5.02 |
| A-8 | | " | | ✓ | RI motor vehicles search - J. Adams |
| A-9 | | " | | ✓ | RI motor vehicles search - Mulvaney |
| A-10 | | " | | ✓ | Mass. motor vehicle search 4.8.02 |
| A-11 | | " | | ✓ | Mass Criminal history search 4.8.02 |
| A-12 | | " | | ✓ | "AnyWho" search - 4.8.02 |
| A-13 | | " | | ✓ | US Postal Inspector fax + info 4.8.02 |
| A-14 | | " | | ✓ | US postal Inspector E-mail 4.8.02 |
| A-15 | | " | | ✓ | US post office information |
| A-37 | | " | | ✓ | Various database searches |
| A-38 | | " | | ✓ | FBI information 4.9.02 |
| A-39 | | " | | ✓ | Miranda Rights Card |
| A-16 | | " | | ✓ | NY State driver's license |
| A-17 | | " | | ✓ | Costco Credit Card |
| A-18 | | " | | ✓ | BJ's Wholesale Club card |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

* suppression hearing

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

USA vs. STIERHOFF | CASE NO. CR 06-042 ML

| Gov't NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| A 19 | | 12-12-06 | | ✓ | Sprint phone card |
| A 20 | | " | | ✓ | Chase Banking card – Mastercard |
| A 21 | | " | | ✓ | Chase Credit card – VISA |
| A 22 | | " | | ✓ | Fleet check card – VISA |
| A 23 | | " | | ✓ | Consent to Search, 35 Hollywood Rd. |
| A 24 | | " | | ✓ | Fleet Statement of Accounts |
| A 25 | | " | | ✓ | Bill of Sale – Ford 350 Econoline Van |
| A 26 | | " | | ✓ | The Company Corporation – Correspondence |
| A 27 | | " | | ✓ | 10-4-01 letter to Joseph Adams |
| A 28 | | " | | ✓ | Western Union Bid Pay letter – E-Bay |
| A 29 | | " | | ✓ | Check # 2231 dated 4-6-02 |
| A 30 | | " | | ✓ | Blank Deposit Ticket |
| A 32 | | " | | ✓ | Consent to search – Shelby Storage |
| B 1 | | " | | ✓ | Photos of Shelby Storage |
| B 2 | | " | | ✓ | Daily Sales Journals |
| B 3 | | " | | ✓ | Verizon Statement Account |
| B 4 | | " | | ✓ | Sprint Statement p. 3 10-16-01 |
| B 5 | | " | | ✓ | Narragansett Electric bill 11-7-01 |
| A 33 | | " | | ✓ | Rights form |
| A 34 | | " | | ✓ | Witness Statement 4-13-02 |
| A 35 | | " | | ✓ | Criminal Complaint |
| A 36 | | " | | ✓ | property release receipt 5-7-02 |
| C 14 | | " | ✓ | | Narrative for Det. T. Sanzi |
| A 31 | | " | ✓ | | Passport – Stierhoff |
| | | → | | | W-2 JOHN F. KILLIAN – Detective |
| B 6 | | " | ✓ | ✓ 12-13-06 | Seizure Report → Computer |
| B 7 | | " | ✓ | ✓ 12-13-06 | Seizure Report → 1 box w. papers |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. STIERHOFF — CASE NO. CR 06-042ML

12/13

| ~~PLF.~~ GVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| → | | | | | W-3 Robert Ferraro - IRS Agent |
| C-12 | | 12.13.06 | | ✓ | Information Report Referral |
| C-13 | | " | | ✓ | FAX - Q & A - Sanzi |
| C-3 | | " | | ✓ | Application for Search Warrant |
| C-2 | | " | | ✓ | Chain of Custody form |
| C-4 | | " | | ✓ | Corrected Search Warrant; Application |
| C-16 | | " | ✓ | ✓ | Evidence Custody form - Computer |
| C-5 | | " | | ✓ | Certification of Return of Warrant |
| C-8 | | " | | ✓ | Memorandum of Activity 5/3/02 |
| → | | | | | W-4 James Donahue - IRS |
| D-4 | | 12.13.06 | ✓ | | Job analysis notes dated 4.25.02 |
| D-1 | | " | | ✓ | directory listing → Creative writing folder |
| D-2 | | " | | ✓ | "Offshore" folder |
| → | | | | | W-5 Neil Stierhoff |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |