**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs** | : | **Cr. No. 06-042ML** |
| | : | |
| **NEIL STIERHOFF** | : | |

**MOTION TO POSTPONE EMPANELMENT**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court to postpone the empanelment of this case based upon entry of new counsel. In support of this motion counsel avers that concurrent with the filing of this Motion, a Motion for Admission *pro hac vice* is being filed on behalf of attorney Alan Richey. Mr. Richey is the defendant's choice of counsel, but is requesting a period of at least 30 days in which to review the voluminous material in this case and to prepare for trial.

Defense counsel has conferred with the U.S. Attorney assigned to this case who has indicated that he has no objection to a postponement until March.

WHEREFORE, in light of the foregoing, and in order to afford the defendant representation of his choice, counsel prays this Motion for Postponement be granted.

NEIL STIERHOFF,
By his attorney,

_/s/ Scott A. Lutes____________

**Scott A. Lutes, #3502**
127 Dorrance Street, 2nd floor
Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 490-3207

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay occasioned by the making, hearing or granting of this motion will constitute in whole or in part excludable time as defined by 18 U.S.C. § 3161(h).

/s/ Scott A. Lutes____________

**CERTIFICATION**

I hereby certify that I caused to be served by CM/ECF, a true and accurate copy of the within Motion to Postpone Empanelment, to Stephanie Browne, AUSA at stephanie.browne@usdoj.gov Thomas G. Voracek, AUSA at thomas.g.voracek@usdoj.gov and by U.S. Mail, postage prepaid to John N. Kane, AUSA, U.S. Department of Justice, Tax Division, 601 D Street, N.W., Room 7334, Washington, D.C. 20530 the 15th day of January, 2007.

______________________________