# EgyptAir Flight 990 - Police seize notes, eject Journal writer:[All Edition]

*KAREN LEE ZINER Journal Staff Writer*. **Providence Journal**. Providence, R.I.: Nov 5, 1999. pg. A.01

**Full Text** (1277 words)

*Copyright Providence Journal/Evening Bulletin Nov 5, 1999*

* The head of the state police returns the notes to the newspapers top editor, who calls the seizure frightening.

* * *

A state police trooper yesterday confiscated a Providence Journal reporters notebook and ejected her from a Cranston church where victims of EgyptAir Flight 990 had just been memorialized.

An Associated Press correspondent was also asked by a state trooper to leave the church yesterday morning. His notes were not confiscated, an AP spokesman said.

Yesterday afternoon, Col. Edmund S. Culhane Jr., superintendent of the state police, personally returned the Journal reporters notebook to Joel P. Rawson, the newspapers executive editor.

Rawson called the incident a troubling breach of First Amendment rights.

To have someone come and confiscate our notes is very frightening, said Rawson, because we are not a closed society, but there are a lot of people who think they can operate like it is, and that scares me.

In a later interview, Culhane said he understood that the service was private, and I think, public interest and private ceremony are two different things. He told Rawson he will investigate the matter and see just what happened. That takes awhile, but we will do it.

The Journal reporter, Farnaz Fassihi, said she was invited to attend the service at St. Mary and St. Mena Coptic Church of Rhode Island by its pastor, the Rev. Marcos Girgis.

Television cameras and still cameras were in evidence within the church during the ceremonies; CNN and NBC later broadcast the service.

The incident comes after several days of tension between the media and authorities over First Amendment rights versus privacy rights. Reporters are trying to cover an aviation disaster and authorities are trying to both shield grieving families and safeguard the crash investigation.

At the sprawling Quonset Point/Davisville Air National Guard base where the crash investigation is under way, security perimeters were not firmly established until yesterday afternoon after the media and authorities had already clashed several times.

On Tuesday, according to a spokesman for the National Transportation Safety Board, two or three photographers were taken into custody by North Kingstown police after they allegedly trespassed on private property at the facility. They were released without being charged.

Rawson, who yesterday morning had requested a clear delineation of boundaries from both Culhane and the NTSB, expressed frustration.

What is becoming clear here is that there are an awful lot of people out there that think that the press has no legitimate function and that they are free to attempt to push them back, and theyre not, said Rawson.

Noting that Fassihi was arrested and detained several years ago when reporting for the BBC in Iran, Rawson said, We would think that is because it is a closed society, and not a free society.

And to have her come to the United States and be taken from a church, and have her property, the property of The Providence Journal, taken from her, is very frightening.

Rawson added that it is important for the people to know how the families are being treated, and how they are dealing with it, and how people in Rhode Island are trying to reach out and help them, and thats all she was doing today.

According to Fassihi, Father Girgis, whom she had met earlier in the week, told her Wednesday that the memorial service would be held yesterday from 8:30 to 10 a.m., and said it would be open to the public and I could go if I wished.

Arriving at the church shortly before 8 a.m., Fassihi noticed no police officers guarding the building. She walked through the church door with my Providence Journal identification badge and press pass hanging from my neck.

An American-born Muslim whose parents are Iranian, Fassihi said she covered her hair with a black scarf, as it is customary in the Middle Eastern culture while praying, and as a courtesy to the other women, who also wore head scarves.

Fassihi said she took notes during the ceremony and her press ID remained in view. As she did, she noticed another reporter was there, wearing his press pass around his neck and taking notes and taping the ceremony openly.

After the ceremony, as she chatted in Arabic with congregation members at a reception downstairs, a state police trooper tapped me on the shoulder, and asked her to step outside.

The trooper, later identified as Timothy Sanzi, accused me of sneaking in, said Fassihi, and that I should be ashamed of myself for being the only reporter inside.

He wrote down my name and asked me who my boss was at the paper. He told me that from now on I was not allowed to approach or speak to any of the family members of the victims. Then, said Fassihi, He told me to give him my notebook. She refused; he said he would arrest me if I didnt cooperate. I gave him my notebook, and he told me to step outside the church.

Shortly thereafter, Fassihi learned the trooper had left with her notebook.

Culhane said Trooper Sanzi gave a somewhat different account.

Apparently, he [Sanzi] was told by somebody outside the building that there was a member of the press who had trespassed into the facility, Culhane said. Sanzi apparently was given a description, and thats when he spotted your reporter.

Culhane said Sanzi told him he went in, approached her, and I think she initially denied that she was a member of the press.

Sanzi then spoke to the gentleman who was conducting the service, who was called down to vouch for her, and he said she was not invited, nor was she a member of the church. She was not welcome, and he didnt know who she was, and did not want her in the building.

Sanzi also said that Fassihi was wearing a black silk head wrap and a black robe with no press ID visible, Culhane said.

We have a difference of opinion here. Maybe when she looked at it, it was visible, and when the trooper looked at it, it wasnt.

Culhane said he would make a concerted effort to find out what happened.

As I have the story, it sounds as though Farnaz went in disguise, Culhane said. But after speaking with Rawson, I understand Farnaz is Iranian and was dressed appropriately for the church service. Then I heard she wasnt invited. And then I thought, well if she wants to get the story, is she going to dress like the priest? Then Joel [Rawson] told me that it was on CNN.

Culhane said he knew nothing at all about the AP correspondent, Terrence Petty, being asked to leave the church.

Meanwhile, the NTSB issued a news advisory late yesterday afternoon, announcing it had established a public-affairs office at the Quonset Point command center for the crash investigation, and announced safety zones which restrict public access around sites involved with the crash investigation.

Those zones include a moving, 500-yard radius on the water around U.S. Navy and U.S. Coast Guard vessels carrying wreckage through Narragansett Bay to the Davisville Depot Pier, a 2,000-yard radius on the water around those vessels carrying wreckage to the pier, no trespassing where posted, and no breaching of fences.

Air space above the crash site off the waters of Nantucket is restricted in a 30-mile radius and 15,000 feet, the advisory states.

* * *

AP pool photo/MATT YORK

GRIEVING RELATIVE: Soheir Makary, who lost her brother Samay on EgyptAir Flight 990, is comforted by a parishioner yesterday at a memorial service at St. Mary and St. Mena Coptic Orthodox Church in Cranston. Story A-17.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

| | |
|---|---|
| People: | Sanzi, Timothy |
| Section: | *News* |
| Text Word Count | 1277 |