UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) No. 1:06cr42ML |
| v. | ) DEFENSE MOTION TO CONTINUE TRIAL |
| NEIL STIERHOFF, Defendant. | ) |

COME NOW the Defendant Neil Stierhoff, by and through his counsel of record, and moves this honorable Court to continue the trial in this matter until June or July, 2007, or as soon thereafter has the Court may allow. Defense counsel has spoken with counsel for the government, who does not oppose a continuance and defers to the Court regarding such.

Trial is currently set for empanelment of a jury on April 3, 2007. Granting this continuance would serve the ends of justice and outweigh the best interests of the public and the Defendant to a speedy trial. The time from March 15, 2007 through the date selected by this Court for trial, shall be excluded from time computation under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

Defense counsel needs adequate time to review discovery and prepare a defense. Although Mr. Richey filed his motion for admission *pro hac vice* on January 17, 2007 (Doc. 72), he was only admitted as counsel on March 6, 2007. Scott Lutes was lead counsel but is now only serving as local counsel in this matter. Mr. Richey has only reviewed what he believes to be part of the government's discovery for about an hour on one occasion and does not currently have discovery. Further, he has not had adequate time to prepare for trial and prepare a defense in this matter.

Defense counsel also believes there are sufficient grounds to file at least one dispositive motion in this matter. Time is needed to prepare and file this motion, as well as all other pretrial filings necessary in this case. Mr. Richey has been unable to do any filings in this matter, as he only one day ago received his login and password information for the CM/ECF system with this Court. The defense believes this case is complex. Defense Counsel therefore needs additional time to prepare for trial.

Defense counsel also had a criminal trial scheduled to begin April 24, 2007 in the U.S. District Court of Hawaii, *U.S. v. Bennett*, No. 1:06-cr-00068-SOM. A stipulation was finally reached one day ago to continue that matter, but it is still not signed and entered by that court.

Defense counsel also has a criminal trial scheduled for April 24, 2007 in the U.S. District Court of the Eastern District of Michigan, No. 5:06-cr-20582. The defendant in that case is unwilling to waive speedy trial, so it is highly likely that the case will go to trial as scheduled. Counsel needs to prepare for trial in that matter.

Defense counsel has spoken with Defendant regarding this further continuance, and Defendant voluntarily and knowingly consents to this continuance.

Therefore, based on the foregoing, and pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv), the failure to grant the continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the complexity of the case. The ends of justice will be served by continuing the trail date and outweighs the interest of the public and the Defendant in a speedy trial.

Dated this 19th day of March, 2007.

By _/s/ Alan S. Richey
Alan Stuart Richey
Counsel for Neil Stierhoff
WSBA #30578
P.O. Box 1505
Port Hadlock, Washington 98339
Telephone: (360) 437-4005
Email: asratty@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I did electronically file the foregoing motion using the court's CM/ECF system which will send notice of the filing to the attorney of record for the plaintiff, Stephanie Browne, John Kane, and Thomas Voracek, and any other counsel of record through the CM/ECF system.

Dated this 19th day of March, 2007.

/s/ Alan S. Richey_
Alan S. Richey