**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-0042-ML** |
| | : | |
| **NEIL STIERHOFF** | : | |

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

The United States of America, by and through, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and John N. Kane and Thomas G. Voracek, Trial Attorneys, Tax Division, United States Department of Justice, hereby requests pursuant to Federal Rule of Criminal Procedure 24(a) that the Court include the following questions in its examination of prospective jurors. It is also requested that leave be granted to orally tender supplemental questions as may be necessitated by the answers of the prospective jurors.

1. Has any juror ever served on a jury, federal or state, before? If so:
   (a) Was the case civil or criminal?
   (b) What court?
   (c) Was the jury able to reach a verdict?
2. Have any of you or your relatives ever been a party to any legal action or proceeding involving the United States, its officers, agents, or employees? If so,

would this experience cause you to have any feelings or opinions for or against the Government in this case?

3. Do you have any feelings or opinions about the United States Government or law enforcement officials, in general, which would affect your judgment in this case?

4. Do any of you, your relatives or close friends, to the best of your knowledge, know the defendant, NEIL STIERHOFF, or anyone in his family?

5. The defendant is represented by Alan S. Richey and Scott Lutes. Do any of you, your relatives, or close friends know either Mr. Richey or Mr. Lutes?

6. The United States is represented in this trial by John N. Kane and Thomas G. Voracek of the U.S. Department of Justice. Do any of you, your relatives or close friends, know either Mr. Kane or Mr. Voracek, or anyone associated with the Department of Justice?

7. Kenneth Mendozzi, Special Agent with the Criminal Investigation Division of the Internal Revenue Service, investigated this case. Do any of you, your relatives or close friends, know Mr. Mendozzi or any one associated with the Criminal Investigation Division of the Internal Revenue Service?

8. The following people may be called as witnesses in this case. Please raise your hand if, upon hearing the

witness list, you believe that you, or your relatives or close friends, know any of the witnesses. [Read Government's and defendant's witness lists.]

9. Have any of you or your close relatives ever failed to file a federal income tax return when you, or your close relative, had enough income to require the filing of a tax return?

10. Have any of you, or your relatives or close friends, ever been audited by the Internal Revenue Service? (If so, the Government requests the court question the potential juror regarding the circumstances of such audit at the bench, so as to avoid embarrassment to the potential juror.)

    If the answer to question number 10 is yes:

    (a) How long ago?

    (b) Was the matter resolved to your satisfaction?

    (c) Were you treated fairly and courteously by Government employees?

11. Have you, or your relatives or close friends, ever had a bad experience with the I.R.S. or with an I.R.S. agent?

12. Do you have feelings about or opinions of the Internal Revenue Service which may make you unable to decide this case fairly?

13. Would any of you be inclined to either believe or disbelieve the testimony of an employee of the Internal Revenue Service solely because that person is employed by the Internal Revenue Service?

14. Do any of you hold strong personal or philosophical feelings about the tax system of the United States? If so, what are those feelings?

15. Do any of you believe that the income tax laws of the United States are unconstitutional?

16. Do any of you feel that it is wrong for the Government to impose income taxes?

17. Do any of you feel that violations of income tax laws should not be prosecuted as crimes by the United States?

18. Do any of you have any disagreement with the idea that everyone is obligated to obey the income tax laws, as well as all other laws of this country?

19. Are you, or a close relative or friend, a member of or affiliated with any group or organization, whether formal or informal, which advocate resistance to the United States tax laws? If yes:
    (a) Which organization?
    (b) What are the organization's beliefs?

(c) What do you think of the organization?

20. Have you, or a close relative or friend, ever attended any lecture, seminar, or discussion organized or attended by people who advocate resistance to the United States' tax laws?

21. Will those of you who prepare your own tax returns please raise your hands?

22. Will those of you who have the assistance of an accountant or professional return preparer for your tax returns please raise your hands?

23. Have any of you had any training in accounting or law? If so, what kind of training?

24. How many of you are self-employed (either full-time or part-time) or run your own business? To those that answer affirmatively:

(a) Do you keep your own books and records, or do you hire an accountant?

(b) Do you have any employees? Have you ever had any difficulty with payroll taxes, or with withholding and exemptions for those employees?

(c) In general, have you had any difficulties with the I.R.S. in your business?

25. Have any of you or your relatives ever been charged with a criminal offense, other than a minor traffic violation?

(If so, the Government requests the court question the potential juror regarding the circumstances of such charge at the bench, so as to avoid embarrassment to the potential juror.)

(a) What is the relationship of that person to you?

(b) How long ago? What was the nature of the offense?

(c) What happened after you, or your relative, was charged?

(d) Would this prevent you from reaching a verdict based solely on the evidence in this case?

26. Do any of you have any personal knowledge of the facts in this case other than what you have heard in this courtroom?

27. The presumption of innocence follows the defendant throughout the trial. The only way this presumption of innocence can be overcome is when you find the defendant guilty because the evidence proves the defendant guilty beyond a reasonable doubt. However, the law does not require the Government to prove its case beyond all doubt because the human mind always can conceive of some doubt as to any proposition:

(a) Is there anybody who initially believes the defendant is guilty right now?

(b) Is there anyone here who would find a defendant "not guilty," regardless of what the evidence may show, merely because there is a "presumption of innocence"? Would any of you have any hesitancy in finding the defendant guilty of the offenses charged in the indictment if the Government proved the defendant guilty beyond a reasonable doubt?

(c) Would any of you require the Government to prove its case beyond all doubt before you would vote for a verdict of guilty?

(d) Is there anyone who thinks the burden beyond a reasonable doubt is too heavy or that it is asking too much for the Government to meet this burden?

28. Do you have any hesitancy in basing your verdict--whether "guilty" or "not guilty"--upon circumstantial evidence?

29. Do any of you have reservations, either moral or religious, about passing judgment upon another individual?

30. Can any of you think of any reason why you may not be able to render a fair and impartial verdict based

solely on the evidence presented if you are chosen to sit on this jury?

31. Do you understand that, despite anything you may have heard to the contrary, the oath you take requires you to decide this case on the law as I explain it to you and on the evidence, and not on your feelings about the Internal Revenue Service or the defendant?

32. Do you have any difficulty with your hearing, sight, or any other medical problem which might impair your ability to devote full attention to this trial?

33. This trial is expected to last approximately one week. Do any of you anticipate that the duration of this trial would cause any severe hardship or difficulty for you because of your employment, family status, health or other reasons?

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ John N. Kane
JOHN N. KANE

/s/ Thomas G. Voracek
THOMAS G. VORACEK
Trial Attorneys
U.S. Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed, with the Clerk of Court using the CM/ECF system, a true and accurate copy of the within Government's Proposed Voir Dire Questions, which will in turn send notification to Alan S. Richey, Attorney at Law, **asratty@gmail.com,** and to Scott A. Lutes, Attorney at Law, **scottluteslaw@yahoo.com,** and by regular mail, postage prepaid to Alan S. Richey, P.O. Box 1505, Port Haddock, Washington 98339 and to Scott A. Lutes, One Turks Head Place, Suite 1440, Providence, Rhode Island 02903.

/s/Thomas G. Voracek
Thomas G. Voracek