UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | No. 1:06cr42ML |
| v. | ) | DEFENDANT'S REQUESTED VOIR DIRE |
| NEIL STIERHOFF, Defendant. | ) | |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

COMES NOW the Defendant, by and through his attorney of record, and propounds the following questions to be asked of the Jury Panel in this case during the selection of same by the United States Attorney, the counsel for Defendant, and the District Court:

1. Has any member of this Panel been employed by any agency or branch of a government, either federal, state, county or city?

1.1 If yes, what is the nature of the position held with said governmental agency or branch?

1.2 If yes, what is the assigned tasks given to said individual by said governmental agency or branch?

1.3 If yes, was the job obtained through the Civil Service Selection process, by political appointment, or by some other means?

1.4 If political, how long a term of employment has the individual experienced?

1.5 How much of the individual's working life has been spent in the employ of said governmental agency or branch, or of any other governmental agency or branch?

2. Does anyone have a relative or spouse who is employed in a governmental position with an agency or branch of the government, whether federal, state, county or city?

2.1 If yes, please explain (see 1.1 through 1.5).

3. Has anyone ever been a peace officer for federal, state or local government?

3.1 If yes, please specify the governmental body or entity for which you served, indicating length and time of service as well as details concerning job description performed while in the governmental body's employ.

4. Does anyone have any type of contract or association with anyone who works with the United States Attorney, the Department of Justice or the United States?

4.1 If yes, describe the nature and time period of the contract or association.

5. Has any member of the Panel had any contact with or knowledge of any prosecution witness in this case?

5.1. If yes, what is the nature of such contact or knowledge?

6. Has anyone ever been involved in a civil or criminal proceeding?

6.1 If yes, what was the nature and time frame of the involvement?

7. Has any member of this panel served on a Grand Jury or Petit Jury before, either federal, state, county or city?

7.1. If yes, name the type of jury.

7.2. If yes, how long a period of service did you serve?

7.3. If yes, was a verdict reached?

8. Has anyone ever testified in a criminal case before a Grand Jury?

8.1 If yes, which government agency or department called you to testify?

8.2 If yes, was a true bill returned by the Grand Jury as a result of said testimony?

9. Has anyone ever testified in a criminal case before a Petit Jury?

9.1. If yes, which side called you to testify in the case?

9.2 Was a verdict returned in the case, and what was the verdict?

10. Has anyone read any article in any newspaper or other publication of general circulation including postings on the internet, on television, radio, other media forum, or circulations released by the IRS or any other governmental agency concerning conspiracies to defraud the United States, filing false returns or reports, willful failure to report and pay taxes, willful failure to file tax returns, or tax evasion, prosecutions by the United States or other income tax prosecutions?

10.1. If yes, how long ago and to what extent was the nature of the media forum?

11. Has anyone heard or read anything about this case?

11.1 Was what you heard or read something which would indicate the guilt or innocence of the accused?

11.1. If yes, please state the nature of said information, its source and indicate the opinion formed as a result of such information.

12. Does anyone have any business relations with the United States government (including Social Security benefits, Veterans benefits or other Federal government assistance)?

12.1 If yes, what is the nature of such relationship?

12.2 How much monetary assistance do you receive from such benefits or assistance?

13. Do you realize that this case deals with income tax laws?

14. Do you understand that in this case, the United States intends to attempt to introduce evidence showing that the Defendant willfully evaded the filing of tax returns and the paying of taxes?

15. Do all of you understand that the United States must prove its case beyond a reasonable doubt?

15.1 If the United States fails to prove its case, you must acquit the Defendant. Does anyone have any problem with that?

16. Do you believe that when the government alleges someone did something wrong, the individual must have done something wrong, even if it wasn't what the government claims?

17. In this case, one of the things the United States must prove beyond a reasonable doubt is that the Defendant had actual knowledge of the tax laws.

17.1 If the United States did not prove beyond a reasonable doubt all of the elements of the case, would you find the Defendant not guilty?

17.2 If the United States did not prove beyond a reasonable doubt all of the elements of the case but you believed the Defendant did something wrong or even illegal, would you find the Defendant not guilty?

17.3 If not, why not?

18. Do you take everything the IRS states as true?

18.1 Do any of you believe that agents of the IRS always act appropriately, and that their actions are always above reproach?

19. Would the fact that you or other citizens receive government benefits and assistance which may be paid for out of income taxes affect your opinion of the guilt or innocence of the Defendant?

19.1 If your answer is yes, please describe how?

20. Have any of you ever been accused of being someone you are not or doing something that you did not do?

21. Do you understand that the United States must prove that the form 1040 is a legally required tax return?

21.1 Could you find the Defendant not guilty if the evidence showed that the form was not legally required?

22. Would you acquit the Defendant if you believed that no evidence proved beyond a reasonable doubt that he owed taxes he had not paid?

22.1 If not, why not?

23. Do you understand that anyone can legally avoid paying taxes?

24. Could you find the Defendant not guilty if it appeared to you that he used a legal loophole to avoid owing taxes?

25. Do all of you understand that the Defendant have the absolute right not to testify or present any evidence?

25.1. Could you acquit the Defendant of the charges if he did not testify in this case?

26. Could you acquit the Defendant of the charges of willfully failing evading the assessment and payment of income tax even if Defendant owed the tax as claimed by the United States?

26.1 Do you understand that the Defendant is not guilty just because the United States may prove to you beyond a reasonable doubt that he owes taxes?

27. Do you understand that the government must also prove that the Defendant had actual knowledge of the law he is alleged to violate at the time the alleged crime was committed?

27.1 Could you find the Defendant not guilty if the government did not prove that Defendant knew the law and willfully violated that law?

27.2 If not, why not?

28. Have you or a member of your family or relatives or friends ever been the victim of an investment or financial fraud?

28.1. If yes, what was the nature of the loss and how did it affect either you or them?

29. We would like to find out something about your beliefs in general without getting too specific. If you hear the term "God", what does that mean to each of you?

30. Do any of you think that if someone says God told them to do something, that you automatically do not believe what that person says God told him?

30.1 Do you believe that person to be untruthful?

31. Do any of you have a problem with the Constitutional principal of separation between church and state?

31.1 If so, what is your problem with it?

32. Have any of you ever worked for any church or religious affiliated organization?

32.1 If so, what was your affiliation and how was that experience?

32.2 Did you leave with a positive memory of that experience or a negative experience?

32.3 If it was a negative experience, please explain why it was negative?

33. If you found that the U.S. Government has violated the law in an attempt to enforce some other law, what is your reaction to the Government's violations of that law or laws?

Respectfully submitted this 26th day of March, 2007.

_/s/ Alan S. Richey_______________________
Alan Stuart Richey
Counsel for Neil Stierhoff

P.O. Box 1505, Port Hadlock, Washington 98339
Telephone: 360 437-4005
Email: asratty@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I did electronically file the foregoing motion using the court's CM/ECF system which will send notice of the filing to the attorney of record for the plaintiff, Stephanie Browne, John Kane, and Thomas Voracek, and any other counsel of record through the CM/ECF system.

Dated this 26th day of March, 2007.

/s/ Alan S. Richey_
Alan S. Richey