# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

---

## *ADDITIONAL FINAL PRETRIAL CONFERENCE NOTICE*

*RE:* *USA v. Neil Stierhoff* *CR 06-042ML*

*PLACE:* *U.S. District Court*
*Judge Lisi's Chambers - Room 307*
*Federal Building and Courthouse*
*One Exchange Terrace*
*Providence, RI 02903*

*DATE:* *Wednesday, May 23, 2007* *TIME:* *2:00 PM*

**1.) All counsel should be prepared to inform the Court of the anticipated length of trial and any scheduling conflicts for themselves and/or their witnesses.**

**2.) Counsel shall provide a list of witnesses in the order they are to be presented at trial and the length of direct testimony and cross-examination.**

**3.) Counsel shall also inform the Court of any special needs a witness may require (i.e. interpreter, etc.) or any other matters that could affect the progress of the trial.**

**4.) Counsel should be prepared to discuss how exhibits will be presented and which exhibits will be admitted without objection and notify the Court if they plan to utilize the courtroom technology.**

*David A. DiMarzio, Clerk of Court*

John Duhamel

Barbara Barletta/ John Duhamel
Deputy Clerk
Date: March 28, 2007

NOTICE SENT TO: **Scott Lutes, Esq.; Alan S. Richey, Esq,; John N. Kane, Esq.; Thomas G. Voracek, Esq.; Stephanie S. Browne, Esq.**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7204 OR 752-7205 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.