UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06-042 ML

NEIL STIERHOFF

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

[signature] Date: 3/28/07
Signature of AUSA

John W. Kane
Printed Name of AUSA

FOR THE DEFENDANT:

[signature] Date: 3/28/07
Signature of Defense Attorney

Alan S. Richey Scott A. Lutes
Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

[signature] Date: 3/28/07
Signature of Defendant

NEIL STIERHOFF
Printed Name of Defendant