UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR. No. 06-042-ML

NEIL STIERHOFF

VERDICT FORM

1. As to Count One of the indictment (willfully attempting to evade and defeat the assessment of federal income tax for the year 1999) we, the jury, find the defendant, Neil Stierhoff:

NOT GUILTY _______ GUILTY ✓

*Please proceed to question 2.*

2. As to Count Two of the indictment (willfully attempting to evade and defeat the assessment of federal income tax for the year 2000) we, the jury, find the defendant, Neil Stierhoff:

NOT GUILTY _______ GUILTY ✓

*Please proceed to question 3.*

3. As to Count Three of the indictment (willfully attempting to evade and defeat the assessment of federal income tax for the year 2001), we, the jury, find the defendant, Neil Stierhoff:

NOT GUILTY _______ GUILTY ✓

*Please proceed to question 4.*

4. As to Count Four of the indictment (willfully attempting to evade and defeat the assessment of federal income tax for the year 2002), we, the jury, find the defendant, Neil Stierhoff:

NOT GUILTY _______ GUILTY ✓

*Please sign and date this form and return your verdict.*

REDACTED
Signature of Foreperson

June 19, 2007
Date