AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
V.
Neil Stierhoff

## EXHIBIT AND WITNESS LIST

Case Number: CR 06-042ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | John Kane; Thomas Voracek | Alan Richey; Scott Lutes |
| **TRIAL DATE (S)** Jury Trial 6/11/07 to 6/19/07 | **COURT REPORTER** Karen Wischnowsky | **COURTROOM DEPUTY** John Duhamel |

| ~~PLF.~~ Gov't NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | → | TIMOTHY SANZI - DET. W-1 |
| 64 | | 6-11-07 | | ✓ | NY STATE DRIVERS LICENSE |
| 65 | | " | | ✓ | COSTCO CREDIT CARD |
| 66 | | " | | ✓ | BJ'S WHOLESALE CLUB CARD |
| 67 | | " | | ✓ | SPRINT PHONE CARD |
| 68 | | " | | ✓ | Chase MASTERCARD |
| 69 | | " | | ✓ | Chase VISA CARD |
| 79 | | " | | ✓ | FLEET VISA CARD |
| 54 | | " | | ✓ | FLEET STATEMENT OF ACCOUNTS |
| 55 | | " | | ✓ | BILL OF SALE - FORD VAN |
| 56 | | " | | ✓ | 7·26·94 Correspondence to Joseph Adams |
| 57 | | " | | ✓ | 10·4·01 letter to Joseph Adams |
| 60 | | " | | ✓ | Western Union Bid Pay letter |
| 62 | | " | | ✓ | Check # 2231 dated 4·6·02 |
| 63 | | " | | ✓ | Blank deposit ticket |
| 78A | | " | | ✓ | photos - Shelby Storage |
| 78B | | " | | ✓ | " " " |
| 78C | | " | | ✓ | " " " |
| 78D | | " | | ✓ | " " " |
| 78E | | " | | ✓ | " " " |
| 78F | | " | | ✓ | " " " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Govt USA | vs. | Neil Stierhoff. | CASE NO. CR06-042ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 78G | | 6.11.07 | | ✓ | photo - Shelby Storage |
| 50 | | " | | ✓ | Daily sales records - 1998 |
| 51 | | " | | ✓ | " " " - 1999 |
| 52 | | " | | ✓ | " " " - 2000 |
| 53 | | " | | ✓ | " " " - 2001 |
| 58 | | " | | ✓ | Verizon statement account |
| 59 | | " | | ✓ | Sprint statement |
| 61 | | " | | ✓ | Narragansett electric bill |
| 77B | | " | | ✓ | Composite tape of 4.13.02 interview + transcript |
| 14 | | " | ✓ | 6.19.07 ✓ | Partial transcript - 12.13.06 hearing |
| 11 | | " | | ✓ | Domestic Public Document Stipulation |
| 250 | | " | ✓ | | Certification of Lack of Records 1997-2002 |
| 251 | | " | ✓ | | " " " " 1997-2002 |
| 255 | | " | | ✓ | Business + Corporation record → Joseph Adams |
| 256 | | " | | ✓ | " " " → Adams + Associates |
| 257 | | " | | ✓ | " " " → Universal Audio |
| 297A | | " | ✓ | ✓ 6.14.07 | Adams Associates filing certificate |
| " B | | " | ✓ | ✓ 6.14.07 | " " Certificate of Incorporation |
| " C | | " | ✓ | ✓ 6.14.07 | " " Change of Registered Agent |
| " D | | " | ✓ | | " " Termination of Corporation |
| " E | | " | ✓ | ✓ 6.14.07 | " " 1998 Franchise Tax report |
| " F | | " | ✓ | ✓ 6.14.07 | " " 1999 Franchise Tax report |
| " G | | " | ✓ | ✓ 6.14.07 | " " 2000 Franchise Tax report |
| " H | | " | ✓ | ✓ 6.14.07 | " " 2001 Franchise Tax report |
| " I | | " | ✓ | ✓ 6.14.07 | " " 2002 Franchise Tax report |
| → | | | | | PAUL CROWLEY - IRS W-2 |
| 20 | | " | | ✓ | Cert. of assessments + payments - 1999 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Neil Stierhoff. | CASE NO. CR06-042ML |
|---|---|---|---|

| ~~PLF.~~ GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2D | | 6.11.07 | | ✓ | Cert. of Assessments + payments – 2000 |
| 2E | | " | | ✓ | " " " " " – 2001 |
| 2F | | " | | ✓ | " " " " " – 2002 |
| 2A | | " | ✓ | | " " " " " – 1997 |
| 2B | | " | ✓ | | " " " " " – 1998 |
| 2G | | " | ✓ | | " " " " " – 2003 |
| 2H | | " | ✓ | | " " " " " – 2004 |
| 2I | | " | ✓ | | " " " " " – 2005 |
| 3A | | " | | ✓ | Certification of lack of record 1997-2003 |
| 3B | | " | | ✓ | " " " " " 1997-2003 |
| 3C | | " | | ✓ | " " " " " 1997-2003 |
| 4A | | " | | ✓ | " " " " " 1997-2003 |
| 4B | | " | | ✓ | " " " " " 1998-2002 |
| 4C | | " | | ✓ | " " " " " 1998-2002 |
| 4D | | " | | ✓ | " " " " " 1998-2002 |
| 5A | | " | ✓ | | " " " " " 1997-2003 |
| 5B | | " | ✓ | | " " " " " 1997-2003 |
| 6A | | " | | ✓ | " " " " " 1997-2003 |
| 6B | | " | ✓ | | " " " " " 1997-2003 |
| 7 | | " | ✓ | | " " " " " – All years |
| 9A | | " | ✓ | ✓ 6.14.07 | " " " " " – All years |
| 9B | | " | ✓ | ✓ 6.14.07 | " " " " " – All years |
| 9C | | " | ✓ | ✓ 6.14.07 | " " " " " – All years |
| | | → | | | W-3 CINDY SZCZOCZARZ – postal service |
| 80 | | 6.11.07 | | ✓ | P.O. BOX application |
| | | → | | | W-4 CHARLES/HUNT STARKS – postal service |
| 27C | | 6.11.07 | | ✓ | postal transaction log |

6-12-07

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Neil Stierhoff. | CASE NO. CR06-042ML |
|---|---|---|---|

| GOV'T / PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| → | | | | | W-5 KRIS BURNS - KEELER - SHELBY STORAGE |
| 260A | | 6-12-07 | | ✓ | Rental application |
| 260B | | 〃 | | ✓ | N.Y. State Driver's License |
| 261A | | 〃 | | ✓ | Shelby Storage Rental lease |
| 261B | | 〃 | | ✓ | 〃 〃 〃 〃 |
| 261C | | 〃 | | ✓ | 〃 〃 〃 〃 |
| 262A | | 〃 | | ✓ | Customer ledger Card |
| 262B | | 〃 | | ✓ | 〃 〃 〃 |
| 262C | | 〃 | | ✓ | 〃 〃 〃 |
| 264A | | 〃 | | ✓ | Letter dated 7.26.94 to Shelby |
| 264B | | 〃 | | ✓ | Letter (note) dated 7.13.95 to Shelby |
| 264D | | 〃 | | ✓ | Letter dated 10.1.99 to Shelby |
| 265 | | 〃 | ✓ | | Checks made payable to Shelby |
| 12 | | 〃 | | ✓ | Stipulation re: financial institution records |
| → | | | | | W-6 ELEANORE PIERSON - BANK OF AMERICA |
| 20 | | 6-12-07 | | ✓ | Signature Card - Joseph Adams |
| 23A | | 〃 | | ✓ | Joseph Adams Account - Jan. 1999 |
| 23B | | | | ✓ | 〃 〃 〃 - Feb 1999 |
| 23C | | | | ✓ | 〃 〃 〃 - March 1999 |
| 23D | | | | ✓ | 〃 〃 〃 - April 1999 |
| 23E | | | | ✓ | 〃 〃 〃 - May 1999 |
| 23F | | | | ✓ | 〃 〃 〃 - June 1999 |
| 23G | | | | ✓ | 〃 〃 〃 - July 1999 |
| 23H | | | | ✓ | 〃 〃 〃 - Aug. 1999 |
| 23I | | | | ✓ | 〃 〃 〃 - Sept 1999 |
| 23J | | | | ✓ | 〃 〃 〃 - Oct 1999 |
| 23K | | | | ✓ | 〃 〃 〃 - Nov. 1999 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Govt USA | vs. Neil Stierhoff. | CASE NO. CR06-042ML |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23L | | 6-12-07 | | ✓ | Joseph Adams Account – Dec 1999 |
| 24A | | " | | ✓ | " " " – Jan 2000 |
| 24B | | " | | ✓ | " " " – Feb 2000 |
| 24C | | " | | ✓ | " " " – March 2000 |
| 24D | | " | | ✓ | " " " – Apr. 2000 |
| 24E | | " | | ✓ | " " " – May 2000 |
| 24F | | " | | ✓ | " " " – June 2000 |
| 24G | | " | | ✓ | " " " – July 2000 |
| 24H | | " | | ✓ | " " " – Aug 2000 |
| 24I | | " | | ✓ | " " " – Sept 2000 |
| 24J | | " | | ✓ | " " " – Oct 2000 |
| 24K | | " | | ✓ | " " " – Nov 2000 |
| 24L | | " | | ✓ | " " " – Dec 2000 |
| 25A | | " | | ✓ | " " " – Jan 2001 |
| 25B | | " | | ✓ | " " " – Feb 2001 |
| 25C | | " | | ✓ | " " " – March 2001 |
| 25D | | " | | ✓ | " " " – Apr. 2001 |
| 25E | | " | | ✓ | " " " – May 2001 |
| 25F | | " | | ✓ | " " " – June 2001 |
| 25G | | " | | ✓ | " " " – July 2001 |
| 25H | | " | | ✓ | " " " – Aug 2001 |
| 25I | | " | | ✓ | " " " – Sept 2001 |
| 25J | | " | | ✓ | " " " – Oct 2001 |
| 25K | | " | | ✓ | " " " – Nov 2001 |
| 25L | | " | | ✓ | " " " – Dec 2001 |
| 26A | | | | ✓ | " " " – Jan 2002 |
| 26B | | | | ✓ | " " " – Feb 2002 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Cont USA | vs. | Neil Stierhoff. | CASE NO. CR06-042ML |
| --- | --- | --- | --- |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 26C | | 6-12-07 | | ✓ | Joseph Adams Account – March 2002 |
| 26D | | " | | ✓ | " " " – Apr. 2002 |
| 26E | | " | | ✓ | " " " – May 2002 |
| 26F | | " | | ✓ | " " " – June 2002 |
| 26G | | " | | ✓ | " " " – July 2002 |
| 26H | | " | | ✓ | " " " – Aug 2002 |
| 26I | | " | | ✓ | " " " – Sept 2002 |
| 26J | | " | | ✓ | " " " – Oct 2002 |
| 26K | | " | | ✓ | " " " – Nov 2002 |
| 26L | | " | | ✓ | " " " – Dec 2002 |
| 21A | | " | ✓ | | " " " – Jan 1997 |
| 21B | | " | ✓ | | " " " – Feb 1997 |
| 21C | | " | ✓ | | " " " – March 1997 |
| 21D | | " | ✓ | | " " " – Apr. 1997 |
| 21E | | " | ✓ | | " " " – May 1997 |
| 21F | | " | ✓ | | " " " – June 1997 |
| 21G | | " | ✓ | | " " " – July 1997 |
| 21H | | " | ✓ | | " " " – Aug 1997 |
| 21I | | " | ✓ | | " " " – Sept 1997 |
| 21J | | " | ✓ | | " " " – Oct 1997 |
| 21K | | " | ✓ | | " " " – Nov. 1997 |
| 21L | | " | ✓ | | " " " – Dec. 1997 |
| 22A | | " | ✓ | | " " " – Jan. 1998 |
| 22B | | " | ✓ | | " " " – Feb. 1998 |
| 22C | | " | ✓ | | " " " – March 1998 |
| 22D | | " | ✓ | | " " " – Apr. 1998 |
| 22E | | " | ✓ | | " " " – May 1998 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Cont USA | vs. | Neil Stierhoff. | CASE NO. CR06-042ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22F | | 6.12.07 | ✓ | | Joseph Adams Account — June 1998 |
| 22G | | " | ✓ | | " " " — July 1998 |
| 22H | | " | ✓ | | " " " — Aug 1998 |
| 22I | | " | ✓ | | " " " — Sept 1998 |
| 22J | | " | ✓ | | " " " — Oct 1998 |
| 22K | | " | ✓ | | " " " — Nov 1998 |
| 22L | | " | ✓ | | " " " — Dec 1998 |
| 27A | | " | ✓ | 6.14.07 | " " " — Jan 2003 |
| → | | | | | W-7 MELANIE CERVANTES - E-Bay-PayPal |
| 40 | | 6.12.07 | | ✓ | Pay Pal account - Joseph Adams |
| 41 | | " | | ✓ | Product info for Joseph Adams |
| 43 | | " | ✓ | | "payment received" log - J. Adams |
| 44 | | " | ✓ | | "payment sent" log - J. Adams |
| [illegible] | | | | | [illegible] |
| 43A | | 6.12.07 | | ✓ | page 1 & pages 20 through 205 of EXH 43 |
| 44A | | " | | ✓ | page 12 forward of EXH 44 |
| → | | | | | W-8 CANDICE BROOKS - JP MORGAN CHASE BANK |
| 30 | | 6.12.07 | | ✓ | Signature ~~Card~~ Image - Stierhoff |
| 31A | | " | | ✓ | Stierhoff account statement July 2000 |
| 31B | | " | | ✓ | " " " Aug. 2000 |
| 31C | | " | | ✓ | " " " Sept 2000 |
| 31D | | " | | ✓ | " " " Oct 2000 |
| 31E | | " | | ✓ | " " " Nov 2000 |
| 31F | | " | | ✓ | " " " Dec 2000 |
| 32A | | " | | ✓ | Stierhoff Account Statement Jan 2001 |
| 32B | | " | | ✓ | " " " Feb 2001 |
| 32C | | " | | ✓ | " " March 2001 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| GOVT USA | vs. | Neil Stierhoff. | CASE NO. CR06-042ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 32D | | 6-12-07 | | ✓ | Stierhoff Account Statement Apr. 2001 |
| 32E | | " | | ✓ | " " " May 2001 |
| 32F | | " | | ✓ | " " " June 2001 |
| 32G | | " | | ✓ | " " " July 2001 |
| 32H | | " | | ✓ | " " " Aug 2001 |
| 32I | | " | | ✓ | " " " Sept 2001 |
| 32J | | " | | ✓ | " " " Oct 2001 |
| 32K | | " | | ✓ | " " " Nov 2001 |
| 32L | | " | | ✓ | " " " Dec 2001 |
| 33A | | " | | ✓ | Stierhoff Account Statement Jan 2002 |
| 33B | | " | | ✓ | " " " Feb 2002 |
| 33C | | " | | ✓ | " " " March 2002 |
| 33D | | " | | ✓ | " " " Apr 2002 |
| 33E | | " | | ✓ | " " " May 2002 |
| 33F | | " | | ✓ | " " " June 2002 |
| 33G | | " | | ✓ | " " " July 2002 |
| 33H | | " | | ✓ | " " " Aug 2002 |
| 33I | | " | | ✓ | " " " Sept 2002 |
| 33J | | " | | ✓ | " " " Oct 2002 |
| 33K | | " | | ✓ | " " " Nov 2002 |
| 33L | | " | | ✓ | " " " Dec 2002 |
| 35A | | " | | ✓ | Stierhoff Credit Card Account |
| 36A | | " | | ✓ | " " " " |
| 36B | | " | | ✓ | " " " " |
| 36C | | " | | ✓ | " " " " |
| 36D | | " | | ✓ | " " " " |
| 36E | | " | | ✓ | " " " " |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Govt USA | vs. | Neil Stierhoff. | CASE NO. CR06-042ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 36 F | | 6.12.07 | | ✓ | Stierhoff credit card account |
| 36 G | | " | | ✓ | " " " " |
| 36 H | | " | | ✓ | " " " " |
| 36 I | | " | | ✓ | " " " " |
| 36 J | | " | | ✓ | " " " " |
| 36 K | | " | | ✓ | " " " " |
| 36 L | | " | | ✓ | " " " " |
| 6-13-07 | | | | | |
| → | | | | | W-9 JOHN CUNNINGHAM (VALUETRONICS) |
| 13 | | 6.13.07 | | ✓ | Stipulation RE: business records |
| 230 | | " | | ✓ | Cash disbursements journal 1998-2004 |
| 232 | | " | | ✓ | Canceled checks + invoices paid - 1999 |
| 233 | | " | | ✓ | " " " " - 2000 |
| 234 | | " | | ✓ | " " " " - 2001 |
| 235 | | " | | ✓ | " " " " - 2002 |
| → | | | | | W-10 KARLA REYNOLDS (NAPTECH) |
| 141 | | 6.13.07 | | ✓ | Naptech vendor invoice list - 1999 |
| 142 | | " | | ✓ | " " " " - 2000 |
| 143 | | " | | ✓ | " " " " - 2001 |
| 144 | | " | | ✓ | " " " " - 2002 |
| → | | | | | W-11 KAI NELSON (TEST EQUIPMENT CONNECTION) |
| 171A | | 6.13.07 | | ✓ | Check detail summary - 1999 |
| 171B | | " | | ✓ | Invoices paid - 1999 |
| 172A | | " | | ✓ | Check detail summary - 2000 |
| 172B | | " | | ✓ | Invoices paid - 2000 |
| 173A | | " | | ✓ | Check detail summary - 2001 |
| 173B | | " | | ✓ | Invoices paid - 2001 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ~~PLF.~~ GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | USA vs. Neil Stierhoff. — CASE NO. CR06-042ML — DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 173C | | 6.13.07 | | ✓ | Canceled Checks - 2001 |
| 174A | | " | | ✓ | Check detail Summary - 2002 |
| 174B | | " | | ✓ | Invoices paid - 2002 |
| 174C | | " | | ✓ | Checks paid - 2002 |
| → | | | | | W-12 MELLISSA COLLINS (TUCKER ELECTRONICS) |
| 212 | | 6.13.07 | | ✓ | 1999 Canceled Check, invoices, & detail |
| 213 | | " | | ✓ | 2000 " " " " |
| 214 | | " | | ✓ | 2001 Check stubs, invoices & detail |
| 215 | | " | | ✓ | 2002 " " " " |
| → | | | | | W-13 GARY GLEICHER (VIGAR ELECTRONICS) |
| 241 | | 6.13.07 | | ✓ | Checks, & invoices paid in 1999 |
| 242 | | " | | ✓ | " , & " " " 2001 |
| 243 | | " | | ✓ | " , & " " " 2002 |
| → | | | | | W-14 HARVEY MENDELSOHN (ATLANTIC COAST INDUSTRIES) |
| 102A | | 6.13.07 | | ✓ | 1999 Canceled Checks |
| 102B | | " | | ✓ | 1999 Check Stubs |
| 102C | | " | | ✓ | 1999 Invoices & detail items |
| 103A | | " | | ✓ | 2000 Canceled Checks |
| 103B | | " | | ✓ | 2000 Check Stubs |
| 103C | | " | | ✓ | 2000 Invoices & detail items |
| 104A | | " | | ✓ | 2001 Canceled Checks |
| 104B | | " | | ✓ | 2001 Check Stubs |
| 104C | | " | | ✓ | 2001 Invoices & detail items |
| 105A | | " | | ✓ | 2002 Canceled Checks |
| 105B | | " | | ✓ | 2002 Check stubs |
| 105C | | " | | ✓ | 2002 Invoices & detail items |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Neil Stierhoff. | CASE NO. CR06-042ML |
|---|---|---|---|

GOVT

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| → | | | | | W-15 ANTHONY FOTI (FOTRONIC CORP.) |
| 110 | | 6.13.07 | | ✓ | Transaction History – Joseph Adams |
| 111 | | " | | ✓ | Payment History Report 2002-2003 |
| 112 | | " | | ✓ | Invoice History Report 2002-2003 |
| 10 | | " | | ✓ | FACTUAL STIPULATIONS |
| 132 | | " | | ✓ | 1999-2001 Vendor Report |
| 133 | | " | | ✓ | 1999-2001 Canceled Checks |
| 134 | | " | | ✓ | 2000-2001 Vendor reports – EBay |
| 135 | | " | | ✓ | 2000-2001 Canceled Checks – EBay |
| 136 | | " | | ✓ | 2001-2002 Vendor report – EBay |
| 137 | | " | | ✓ | 2001 Canceled Checks – EBay |
| 150 | | " | | ✓ | Vendor Quick Report – Joseph Adams |
| 161 | | " | | ✓ | 1999 Invoice + detail (RELIANCE) |
| 162 | | " | | ✓ | 2000 Invoices + detail (RELIANCE) |
| 190 | | " | | ✓ | 2000 – Canceled Checks/purchase orders (TEST EQUIP-MENT) |
| 191 | | " | | ✓ | 2001 – " " " " |
| 192 | | " | | ✓ | 2002 – " " " " |
| 202 | | " | | ✓ | Canceled Checks 1999 (TRU CALL INT'L) |
| 203 | | " | | ✓ | " " 2000 " " " |
| 204 | | " | | ✓ | " " 2001 " " " |
| 205 | | " | | ✓ | " " 2002 " " " |
| 221 | | " | | ✓ | 1999 Canceled checks + invoices (R.W. TURNER) |
| 222 | | " | | ✓ | 2000 Canceled Check (R.W. TURNER) |
| 223 | | " | | ✓ | 2002 Canceled Check (R.W. TURNER) |
| 6.14.07 | | | | | |
| → | | | | | W-16 MARC DERKRIKORIAN (TEST EQUIP. SALES) |
| 182 | | 6.14.07 | | ✓ | 1999 Canceled Checks + purchase orders |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Gov't USA | vs. | Neil Stierhoff. | CASE NO. CR06-042ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 183 | | 6.14.07 | | ✓ | 2000 Cancelled Checks + purchase orders } Test Equipment Sales |
| 184 | | " | | ✓ | 2002 Cancelled Checks + purchase orders } |
| → | | | | | W-17 Det. JOHN KILLIAN |
| 34A | | " | | ✓ | Chase Bank Statement - Jan. 2003 |
| 86A | | " | | ✓ | Rental Agreement (Dodge Subaru) |
| 86B | | " | | ✓ | " " ( " " ) |
| 86C | | " | | ✓ | " " " " |
| 86D | | " | | ✓ | " " " " |
| → | | | | | W-18 MICHAEL PLESHAW - IRS |
| 370 | | 6.14.07 | | ✓ | Summary - business receipts 1999 |
| 371 | | " | | ✓ | " " " 2001 |
| 372 | | " | | ✓ | " " " 2000 |
| 373 | | " | | ✓ | " " " 2002 |
| 375A | | " | | ✓ | Summary of Deposits - Fleet - 1999 |
| 375B | | " | | ✓ | Unreported Gross receipts - 1999 |
| 375C | | " | | ✓ | Summary of non-taxable deposits - 1999 |
| 375D | | " | | ✓ | Summary of business expenses - 1999 |
| 375E | | " | | ✓ | Summary of ATM withdrawals - 1999 |
| 375F | | " | | ✓ | net profit from business - 1999 |
| 375G | | " | | ✓ | tax Computation - 1999 |
| 376A | | " | | ✓ | Summary of Deposits - Fleet - 2000 |
| 376B | | | | ✓ | " " " - PayPal - 2000 |
| 376C | | | | ✓ | " " " - Chase Bank - 2000 |
| 376D | | | | ✓ | " " " - All Accounts - 2000 |
| 376E | | | | ✓ | Unreported Gross receipts - 2000 |
| 376F | | | | ✓ | Summary of non-taxable deposits - Fleet - 2000 |
| 376G | | | | ✓ | Summary of business expenses - Fleet - 2000 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Gov't | USA | vs. | Neil Stierhoff. | CASE NO. CR06-042ML |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 376H | | 6-14-07 | | ✓ | Summary of business expenses - PayPal - 2000 |
| 376I | | " | | ✓ | " " " - Chase - 2000 |
| 376J | | " | | ✓ | Summary of ATM withdrawals - Fleet - 2000 |
| 376K | | " | | ✓ | Net profit from business - 2000 |
| 376L | | " | | ✓ | Tax Computation - 2000 |
| 377A | | " | | ✓ | Summary of deposits - Fleet - 2001 |
| 377B | | " | | ✓ | Summary of deposits - PayPal - 2001 |
| 377C | | " | | ✓ | " " " - Chase - 2001 |
| 377D | | " | | ✓ | " " " - All Accounts - 2001 |
| 377E | | " | | ✓ | Unreported gross receipts - 2001 |
| 377F | | " | | ✓ | Summary of non-taxable deposits - 2001 |
| 377G | | " | | ✓ | Summary of business expenses - Fleet - 2001 |
| 377H | | " | | ✓ | " " " - PayPal 2001 |
| 377I | | " | | ✓ | " " " - Chase 2001 |
| 377J | | " | | ✓ | Summary of ATM withdrawals - Fleet - 2001 |
| 377K | | " | | ✓ | Net profit from business - 2001 |
| 377L | | " | | ✓ | Tax computation - 2001 |
| 378A | | " | | ✓ | Summary of deposits - Fleet - 2002 |
| 378B | | " | | ✓ | " " " - PayPal - 2002 |
| 378C | | " | | ✓ | " " " - Chase - 2002 |
| 378D | | " | | ✓ | " " " - All deposits - 2002 |
| 378E | | " | | ✓ | Unreported gross receipts - 2002 |
| 378F | | " | | ✓ | Summary of non-taxable deposits Fleet - 2002 |
| 378G | | " | | ✓ | Summary of business expenses Fleet - 2002 |
| 378H | | " | | ✓ | Summary of business expenses PayPal - 2002 |
| 378I | | " | | ✓ | Summary of business expenses - Chase - 2002 |
| 378J | | " | | ✓ | Summary of ATM withdrawals - Fleet - 2002 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Govt USA | vs. | Neil Stierhoff. | CASE NO. CR06-042ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 378K | | 6.14.07 | | ✓ | net profit from business - 2002 |
| 378L | | " | | ✓ | tax computation - 2002 |
| 379 | | " | ✓ | | Tax Computations - all years 1999-2002 |
| 6.18.07 | | | | | Examination of W-18 (Bleshaw) resumes |
| | A | 6.18.07 | | ✓ | FORM 1040 - IRS |
| | B | " | | ✓ | INSTRUCTION BOOKLET for FORM 1040 - IRS |
| 6.19.07 | | | | | Examination of W-18 (Bleshaw) concludes. |
| | C | 6.18.07 | | ✓ | Form 1040 - 1999 |
| | D | " | | ✓ | " " - 2001 |
| | E | " | | ✓ | " " - 2002 |
| 8 | | " | ✓ | | Certification of lack of Record |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |