AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

**FOR COURT USE ONLY**

**DUE DATE:**

| 1. NAME | 2. PHONE NUMBER | 3. DATE | |
|---|---|---|---|
| Alan S. Richey | (360) 437-4005 | 9/6/2007 | |
| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
| P.O. Box 1505 | Port Hadlock | Washington | 98339 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 1:06-cr-00042-ML | Mary Lisi | 10. FROM 6/11/2007 | 11. 6/19/2007 |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | |
| USA v. NEIL STIERHOFF | | 13. Providence, RI | 14. |

15. ORDER FOR

| | | | |
|---|---|---|---|
| [X] APPEAL | [X] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
| [ ] NON-APPEAL | [ ] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| [X] OPENING STATEMENT (Plaintiff) | 06/11/2007 | all witnesses | 06/11/2007-06/19/2007 |
| [X] OPENING STATEMENT | 06/11/2007 | | |
| [X] CLOSING ARGUMENT (Plaintiff) | 06/19/2007 | [ ] PRE-TRIAL PROCEEDING | |
| [X] CLOSING ARGUMENT (Defendant) | 06/19/2007 | | |
| [X] OPINION OF COURT | during trial | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [X] SENTENCING | | all matters during trial | 06/11/2007-06/19/2007 |
| [ ] BAIL HEARING | | jury instruction conferences | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

| | | |
|---|---|---|
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE 9/6/2007 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY