UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | No. 1:06cr42ML |
| v. | ) | DEFENSE MOTION TO CONTINUE SENTENCING |
| NEIL STIERHOFF, Defendant. | ) | |

COMES NOW the Defendant Neil Stierhoff, by and through his counsel of record, and moves this honorable Court to continue the sentencing in this matter until a date certain in January 2008, preferably January 3 or 4, or the sometime the week of January 7-11. Defense counsel has spoken with counsel for the Government, who does not oppose a continuance and defers to the Court regarding such. The Government also has no preference regarding a date in January.

Sentencing is currently set for September 26, 2007 at 9:30 am. Defendant filed a motion for extension of sentencing on or about August 29, 2007, requesting that sentencing be rescheduled “at least 30 days after” receipt of the trial transcript. Doc. 102 at 1; incorporated herein as though fully set forth. The trial transcript has been ordered and will likely be completed by November 12, 2007. Counsel for Defendant will then forward a copy of the transcript to Defendant as well.

This counsel did not receive the Presentence Report (PSR) until September 7, 2007, inasmuch as Counsel was out of Washington on another federal criminal matter from August 29 through September 6. Counsel does not know why the PSR did not arrive prior to August 29th. Counsel is again out of Washington for hearings in a federal criminal matter on September 14 and 18. Therefore, this Counsel has been unable to prepare a sentencing memorandum. Further, Defendant needs to be involved in the

preparation of that sentencing memorandum, which includes the use of the trial transcripts. (See Doc. 102).

This Counsel has a criminal trial beginning October 10, 2007 in the U.S. District of Hawaii, *U.S. v. Bennett*, No. 1:06-cr-00068-SOM, and trial may go into November. This Counsel also has a criminal trial scheduled for December 4, 2007 in the U.S. District Court of the Eastern District of Michigan, *U.S. v. Burt*, No. 5:06-cr-20582, and trial is estimated at three weeks.

Because Defendant has not only voluntarily and knowingly consented to this continuance but personally requested such; because of the timeframe of obtaining the trial transcript, reviewing it, and preparing a sentencing memorandum with Defendant; and because of scheduling conflicts with this Counsel's schedule, Defendant respectfully requests that sentencing be continued until a date certain to be scheduled by this Court in January, 2008.

Dated this 17th day of September, 2007.

By _/s/ Alan S. Richey
Alan Stuart Richey
Counsel for Neil Stierhoff
WSBA #30578
P.O. Box 1505
Port Hadlock, Washington 98339
Telephone: (360) 437-4005
Email: asratty@gmail.com

_/s/ Scott A. Lutes_______________________
Scott A. Lutes
Counsel for Neil Stierhoff
One Turks Head Place, Suite 1440
Providence, RI 02903
Telephone: 861-1142
Fax: 861-1141
Email: scottluteslaw@yahoo.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I did electronically file the foregoing motion using the court's CM/ECF system which will send notice of the filing to the attorney of record for the plaintiff, Stephanie Browne, John Kane, and Thomas Voracek, and any other counsel of record through the CM/ECF system.

Dated this 17th day of September, 2007.

/s/ Alan S. Richey_
Alan S. Richey