UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | No. 1:06cr42ML |
| v. | ) | DEFENSE MOTION TO CONTINUE SENTENCING |
| NEIL STIERHOFF, Defendant. | ) | |

COMES NOW the Defendant Neil Stierhoff, by and through his counsel of record, and moves this honorable Court to continue the sentencing in this matter until a date certain in February 2008, preferably February 1, 2008. Defense counsel has spoken with counsel for the Government, who does not oppose a continuance. The Government also has no preference regarding a specific date in February.

Sentencing is currently set for January 10, 2008 at 10:00 am.

Defense counsel has spoken with Defendant, who specifically, voluntarily and knowingly consented to this continuance.

Defense counsel has a federal criminal trial scheduled beginning January 8, 2008, and scheduled for three weeks (U.S. District of Hawaii, *U.S. v. Bennett*, No. 1:06-cr-00068-SOM). Counsel is unavailable during the month of March, as he has a trial beginning March 4, 2008 and scheduled for three weeks (U.S. District Court of the Eastern District of Michigan, *U.S. v. Burt,* No. 5:06-cr-20582).

Government counsel is not available the middle of January but is available the month of February. Defense counsel has a federal criminal sentencing scheduled for February 8, 2008, and a boy scout training scheduled for February 21-22, 2008. Defense counsel also anticipates another federal criminal sentencing for possibly February 4, 11, or 25 in Washington. Therefore, February 1, 2008 would likely be the best date.

Based on the foregoing, Defendant respectfully requests that sentencing be continued until a date certain to be scheduled by this Court in February, 2008.

Dated this 30th day of November, 2007.

By_/s/ Alan S. Richey
Alan Stuart Richey
Counsel for Neil Stierhoff
WSBA #30578
P.O. Box 1505
Port Hadlock, Washington 98339
Telephone: (360) 437-4005
Email: asratty@gmail.com

_/s/ Scott A. Lutes______________________
Scott A. Lutes
Counsel for Neil Stierhoff
One Turks Head Place, Suite 1440
Providence, RI 02903
Telephone: 861-1142
Fax: 861-1141
Email: scottluteslaw@yahoo.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I did electronically file the foregoing motion using the court's CM/ECF system which will send notice of the filing to the attorney of record for the plaintiff, Stephanie Browne, John Kane, and Thomas Voracek, and any other counsel of record through the CM/ECF system.

Dated this 30th day of November, 2007.

/s/ Alan S. Richey_
Alan S. Richey