# STATEMENT

NEIL STIERHOFF SSN: [redacted]2138
[redacted]
PROVIDENCE, RI 02909

I hereby declare and make this statement of income and other related matters for the calendar years 1999 through 2007 inclusive. I am not required by law to render any such statement, but I am voluntarily making this statement in order that the Internal Revenue Service (IRS) corrects its records accordingly. This statement meets the criteria of testimonial evidence and is legally sufficient to rebut any incorrect or incomplete information and presumptions maintained by the IRS for this account.

(1) My legal status is that of a U.S. Citizen. Evidence and proof of citizenship will be furnished upon request.

(2) I have been an inhabitant of Rhode Island, one of the states of the Union, and I have not been physically present in a foreign country. See 26 C.F.R. § 1.911-2(h) for definition of "foreign country."

(3) I have never resided in, maintained a domicile in, or a place of business in the District of Columbia, a territory or possession of the United States or any internal revenue district, nor have I made an election with respect thereof.

(4) I have not engaged in any revenue taxable activity or in a "trade or business" as that term is defined in the Internal Revenue Code (IRC) and regulations and I have not made an election with respect thereof. See 26 U.S.C. § 7701(a)(26) and 26 C.F.R. § 1402(c).

(5) I have not performed the functions of a "public office" and I have not made an election with respect thereof. See 26 C.F.R. § 1.1402(c)-2(b).

(6) I have not been an officer, agent or employee of a Federal agency and I have not made an election with respect thereof. See 44 U.S.C. § 1501 for definition of "Federal agency."

(7) I have not had any "net earnings from self-employment" or any "self-employment income" as those terms are defined in the IRC and regulations, and I have not made an election with respect thereof. See 26 U.S.C. § 1402(a)&(b) and 26 C.F.R. § 1.1402(b)-1(a).

(8) I have not received any income or gross income from the Federal government, or from any of its agencies, corporations or instrumentalities.

(9) I have not received any items of gross income or derived any income from sources without the United States (foreign-source income) and I have not made an election with respect thereof. See 26 C.F.R. § 1.911-2(g) for definition of "United States."

STATEMENT

NEIL STIERHOFF
[redacted]
PROVIDENCE, RI 02909

SSN: [redacted]2138

(10) I am not an "individual" as defined in the IRC and regulations and I have not elected to be treated as an "individual" or "U.S. Individual." See 26 U.S.C. § 7701(b)(1), 26 C.F.R. § 1.871-2(a) & 26 C.F.R. § 1.1441-1(c)(3).

(11) I am not a "person" as defined in the IRC. See 26 U.S.C. § 7701(a)(1) & 26 U.S.C. § 7343.

(12) I have not had any income or gains effectively connected with the conduct of a trade or business in the United States and I have not made an election thereof.

(13) I have determined that I have had no tax liability for any of the years 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, and 2007.

(14) I have determined that there was zero (0) gross income, zero (0) taxable income and zero (0) tax owed relative to this account for the years 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, and 2007. See 26 U.S.C. §§ 61 & 63.

I declare under the penalty of perjury that the statements hereinabove are true and correct to the best of my knowledge and belief.

Executed on this 1st day of February, 2008,

in Providence, RI.

Signature:

Neil Stierhoff