**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**

**Vs. : Cr. 06-0042-01ML**

**NEIL STIERHOFF :**

# NOTICE OF APPEAL

The Defendant, Neil Stierhoff, hereby claims an appeal from the judgment and sentence in the above matter.

**Neil Stierhoff,**

**By his attorneys,**

**/s/ Alan Richey_______________**

Alan S. Richey, Esquire

P.O. Box 1505

Port Hadlock, WA 98339

Telephone: (360) 437-4005

**/s/ Scott A. Lutes_____________**

Scott A. Lutes, Esquire

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

**CERTIFICATION**

I hereby certify that I electronically filed, with the Clerk of the U.S. District Court for the District of Rhode Island, using the CM/ECF system, a true and accurate copy of the within Notice of Appeal, which will in turn send notification to all counsel of record, including Thomas G. Voracek, AUSA , John Kane, AUSA and Stephanie Browne, AUSA on this the 5th day of February, 2008.

**/s/ Scott A. Lutes___________**