UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

February 5, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-042ML
USA v. Neil Stierhoff

**CCA#** ____________________

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ____________________
John Duhamel
Deputy Clerk

Encl:

**Volume I:** **Case File (3 file folders) Docket entries 1 - 114 (including original transcripts: (Doc. Nos. 66 (2); 107 (7); 108;**
**Volume II:** **Sealed documents (PSR and Statement of Reasons);**
**Certified docket**