UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | No. 1:06cr42ML |
| v. | ) | AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |
| NEIL STIERHOFF, Defendant. | ) | |

I, Neil Stierhoff, (Affiant), being of full age and competent to testify, do hereby declare and affirm the following statements, which are true and correct to the best of my knowledge and belief.

1. I was born in New York State and my abode and dwelling is geographically located in Rhode Island, one of the States of the Union; I am a U.S. Citizen by birth.
2. I am endowed with unalienable rights to life, liberty and property.
3. I claim, retain and do not waive all rights, benefits and protections secured for me by the Constitution of the United States and the laws made in pursuance thereof, and by the Constitution of the State of Rhode Island and the laws made in pursuance thereof.
4. I am neither a "taxable person," a "taxpayer," nor do I have a "taxable year."
5. I do not have a tax home in a foreign country.
6. I am not a resident of or domiciled in the District of Columbia, any United States territory or possession.
7. I am not a fiduciary in any capacity for any person.
8. I have never entered into any contract of any kind whatsoever with the Internal Revenue Service and I have no known legal duty with respect thereof.

9. No income, gain or profit, in whatever form or by whatever name, has ever been derived from my labor or other property, including, but not limited to, any sales, exchanges, trades or conversions of my property and labor, tangible and intangible.

10. I have neither had nor received any "gross income" or "taxable income," in whatever form or by whatever name.

11. My revenues, assets and earnings are my own private property which have been lawfully obtained and I have never had any "net earnings from self-employment."

12. My own private property includes, but is not limited to: bank account deposits; receipts of any type; money, monetary instruments and currency; any form of notes, obligations and accounts receivable; and any other tangible and intangible assets of whatever form and in whatever name which are under my control or in my possession.

13. I have neither had nor engaged in a "trade or business," performed the functions of a public office nor had or received any income which was effectively connected with the conduct of a "trade or business," as defined in the Internal Revenue Code.

14. I am entitled to carry on my own private business in my own way, which is a right guaranteed by the U.S. Constitution and upheld by the U.S. Supreme Court.

15. My power to contract is unlimited and my rights to privacy, to be left alone and not to contract are all my rights guaranteed under the Constitution.

16. I owe no duty to the Government or to the people to divulge my business, to open my doors to an investigation or to volunteer any information.

17. I have never received any notice from any officer of the Internal Revenue Service that I was required to keep records, render statements or make returns.

18. I have never made any election to be treated as an "individual," "alien" of any kind or "taxpayer" by the Internal Revenue Service.

19. I am not and have never been an officer, employee or contractor of the United States, the District of Columbia or an insular possession of the United States, or an officer, employee or contractor of any corporation in which the United States or the United States of America has a proprietary interest.

20. I am not and have never been a principal of a foreign corporation or partnership.

21. I am not and have never been a person having the control, receipt, custody, disposal or payment of any items of income for any individual, foreign corporation, organization or partnership.

22. I have never received foreign source income.

23. I am not and never have been a person who is required to deduct and withhold tax from any person or to pay over such tax.

24. I have never engaged in a taxable activity, including, but not limited to, maritime trade, any activity under federal grant, license or permission, any taxable foreign activity, service or corporation, any mineral extraction activity, or the production and/or distribution of alcohol, tobacco, firearms, explosives or any controlled substances.

25. Neither the Internal Revenue Service, Department of Treasury nor Department of Justice has had my permission or consent to subject me to any provision of the Internal Revenue Code and Regulations or to take any action against me with respect thereof and I am not and would not be a proper party to any such action.

This affidavit meets the criteria as testimonial evidence.

Further, Affiant sayeth naught.

I, Neil Stierhoff, declare under penalty of perjury, and pursuant to Title 28, United States Code, section 1746(i), that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on this 6th day of January, 2008.

/s/ Neil Stierhoff
Neil Stierhoff