UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

February 13, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-042ML **CCA# 08-1183**
USA v. Neil Stierhoff

Dear Clerk of Court:

Enclosed herewith you will find a SUPPLEMENTAL to the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ______________
John Duhamel
Deputy Clerk

Encl:
**Appeal filing fee receipt for $455.00**
**Certified docket**