UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | No. 1:06cr42ML |
| v. | ) | MOTION TO WITHDRAW AS COUNSEL |
| NEIL STIERHOFF, Defendant. | ) | |

COMES NOW Alan S. Richey, attorney of record for the Defendant Neil Stierhoff, and hereby moves this Court for leave to withdraw as counsel of record for the Defendant. Defendant informed counsel that he has hired and paid Charles E. McFarland, of New Castle, Kentucky to handle the appeal before the First Circuit Court of Appeals. Mr. McFarland's contact information is 338 Jackson Road, New Castle, Kentucky 40050, phone (502) 845-2754.

This motion is made pursuant to Local Rule 206(e).

The only motion pending before this court is a motion to dismiss which was filed as an *Anders* motion, and any reply, if any, should come from Defendant inasmuch as the motion was made under Defendant's specific direction and arguments. Everything else is concluded, and a notice of appeal after judgment has been filed.

Defendant is not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act [50 App. U.S.C. § 501 *et seq*], as amended.

Defendant is incarcerated, and his current address is at Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, Rhode Island 02863.

Defendant has been notified of this motion by both regular mail, postage prepaid, and by certified mail, return receipt requested. Defendant's current address is listed

above.

Defendant has been advised that he may object to this motion. Defendant has also been notified that should he object, counsel will seek for appointment of counsel for appeal pursuant to the Criminal Justice Act. Counsel is willing to discuss the case with appointed counsel and provide copies of all documents in his possession, including motions and affidavits. However, all trial exhibits were left with John Adan per Defendant's direction. It is believed that John Adan is the owner/occupant of the home where Defendant resided in Providence, Rhode Island. Defendant has also received copies of trial transcripts.

**CONCLUSION**

Based on the foregoing, this Court should enter an order allowing Alan S. Richey to withdraw from this case.

Respectfully submitted this 15th day of February, 2008.

_/s/ Alan S. Richey________________________
Alan Stuart Richey
Counsel for Neil Stierhoff
P.O. Box 1505, Port Hadlock, Washington 98339
Telephone: 360 437-4005
Email: asratty@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I did electronically file the foregoing motion using the court's CM/ECF system which will send notice of the filing to the attorney of record for the plaintiff, Stephanie Browne, John Kane, and Thomas Voracek, and any other counsel of record through the CM/ECF system.

Dated this 15th day of February, 2008.
/s/ Alan S. Richey_
Alan S. Richey