**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **Vs.** | **:** | **Cr. 06-0042-01ML** |
| **NEIL STIERHOFF** | **:** | |

## MOTION TO WITHDRAW

Now comes attorney Scott A. Lutes and hereby moves to withdraw as counsel in the above matter. In support of this motion counsel avers that Mr. Stierhoff's appeal has been duly filed and that he has hired appellate counsel to represent him on appeal.

Wherefore, counsel prays for permission to withdraw his appearance in this matter.

**Respectfully submitted,**

**/s/ Scott A. Lutes______________**

Scott A. Lutes, Esquire

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

## CERTIFICATION

I hereby certify that I electronically filed, with the Clerk of the U.S. District Court for the District of Rhode Island, using the CM/ECF system, a true and accurate copy of the within Motion to Withdraw, which will in turn send notification to all counsel of

record, including Thomas G. Voracek, AUSA , John Kane, AUSA and Stephanie Browne, AUSA on this the 15th day of February, 2008.

**/s/ Scott A. Lutes___________**