Neil Stierhoff
Reg. No. 05745-070
Federal Correctional Institution
P.O. Box 2000, Unit 5802
Fort Dix, NJ 08640

August 6, 2008

Clerk of Court
United States District Court, District of Rhode Island
One Exchange Terrace
Federal Courthouse
Providence, RI 02903

Dear Clerk of Court,

Please consider this letter a request for information pursuant to Title 5 U.S.C. § 552 (Freedom of Information Act or "FOIA").

I am requesting the composition of both grand and petit juries in Case number 1:06-cr-042-ML, UNITED STATES OF AMERICA v. NEIL STIERHOFF. The grand jury filed an indictment on or about March 22, 2006 and the petit jury was empaneled on or about June 11, 2007.

Please provide by return mail the names and addresses of the grand jury members who voted whether or not to indict defendant and also provide the names and addresses of petit jury members, including alternates, who were empaneled for the trial in this case. It is important that you provide the addresses at which the jury members resided at the time of their selection for service by the Court.

If you are unable to provide this information, please explain why, forward as much information as you are able, and let me know what I must do to obtain all of the information that I am seeking.

Consistent with the provisions of 5 U.S.C. § 552, I will expect your office to provide the requested information within 10 days of receiving this letter.

Thanking you in advance for your prompt attention to this matter and looking forward to hearing from you soon.

Sincerely,

Neil Stierhoff